## Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

| | | | |
|---|---|---|---|
| **Plaintiff**(s): | Anwar Abdel Rahman , ; | **Defendant**(s): | Erickson Companies, LLC , ; Erickson Framing AZ, LLC , ; |
| County of Residence: Maricopa | | County of Residence: Maricopa | |

County Where Claim For Relief Arose: Maricopa

| Plaintiff's Atty(s): | Defendant's Atty(s): |
|---|---|
| **Scott Edward Cole ,** <br> Cole & Van Note <br> 5055 N. 12th Street, Suite 100 <br> Phoenix, Arizona  85014 <br> (480) 999-1195 | **Gena L. Sluga ,** <br> Christian Dichter & Sluga, PC <br> 2800 N Central Ave Ste 860 <br> Phoenix, Arizona  85004-1083 <br> (602) 792-1718 |

**IFP REQUESTED**

**REMOVAL FROM Maricopa COUNTY, CASE #CV2025-011763**

| | |
|---|---|
| <u>II. Basis of Jurisdiction</u>: | **4. Diversity (complete item III)** |
| <u>III. Citizenship of Principal Parties</u>(**Diversity Cases Only**) | |
| Plaintiff:- | **1 Citizen of This State** |
| Defendant:- | **4 AZ corp or Principal place of Bus. in AZ** |
| <u>IV. Origin</u> : | **2. Removed From State Court** |
| <u>V. Nature of Suit</u>: | **360 Other Personal Injury** |
| <u>VI.Cause of Action</u>: | **This is a class action lawsuit alleging Negligence, Breach of Contract, and a violation of Arizona's Consumer Fraud Act, A.R.S. §§ 44-1521, et seq., seeking damages for a purported cyber-breach that allowed third-parties to access personally identifiable information. Removal is proper under the Class Action Fairness Act, 28 U.S.C. §§ 1332(d), and 1453(b). Under 28 U.S.C. § 1332(d)(2), removal is as there is minimal diversity and the aggregate amount in controversy for the class exceeds $5,000,000.** |
| <u>VII. Requested in Complaint</u> | |
| Class Action: | **Yes** |
| Dollar Demand: | **Over $5 million** |
| Jury Demand: | **Yes** |

<u>VIII. This case</u> **IS RELATED** to Case Number <u>**CV2025-011763**</u> assigned to Judge **<u>Timothy Ryan.</u>**

**Signature:** <u>/s/ Gena L. Sluga</u>

**Date:** <u>05/29/2025</u>

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.

Revised: 01/2014