**SUPPLEMENTAL CIVIL COVER SHEET**
**FOR CASES REMOVED FROM ANOTHER JURISDICTION**

This form must be attached to the Civil Cover Sheet at the time
the case is filed in the United States District Clerk's Office

Additional sheets may be used as necessary.

1. **Style of the Case:**
   Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

| Party | Party Type | Attorney(s) |
|---|---|---|
| Anwar Abdel Rahman | Plaintiff | Sean Anthony Woods, Esq. (AZ S.B. #028930)<br>LAW BADGERS PLLC<br>5055 N. 12th Street, Suite 100<br>Phoenix, Arizona 85014<br>Telephone: (480) 999-1195<br>Facsimile: (480) 999-4750<br>Email: swoods@lawbadgers.com |
| Erickson Companies, LLC | Defendant | Gena L. Sluga, SBN 018633<br>Justin R. Vanderveer, SBN 020180<br>Christian Dichter & Sluga, PC<br>2800 N. Central Avenue, Suite 860<br>Phoenix, Arizona 85004<br>gsluga@cdslawfirm.com<br>jvanderveer@cdslawfirm.com |
| Erickson Framing AZ, LLC | Defendant | Gena L. Sluga, SBN 018633<br>Justin R. Vanderveer, SBN 020180<br>Christian Dichter & Sluga, PC<br>2800 N. Central Avenue, Suite 860<br>Phoenix, Arizona 85004<br>gsluga@cdslawfirm.com<br>jvanderveer@cdslawfirm.com |

2. **Jury Demand:**
   Was a Jury Demand made in another jurisdiction?   Yes ●   No ○
   If "Yes," by which party and on what date?
   Plaintiff                                                                                       04/02/2025

3. **Answer:**
   Was an Answer made in another jurisdiction?   Yes ○   No ●
   If "Yes," by which party and on what date?

Supp CV Cover Sheet (rev 8/20/2015)

4. **Served Parties:**
   The following parties have been served at the time this case was removed:

| Party | Date Served | Method of Service |
|---|---|---|
| Erickson Framing AZ | 4/29/2025 | Process Server on Statutory Agent |
|  |  |  |
|  |  |  |

5. **Unserved Parties:**
   The following parties have not been served at the time this case was removed:

| Party | Reason Not Served |
|---|---|
| n/a |  |
|  |  |
|  |  |

6. **Nonsuited, Dismissed or Terminated Parties:**
   Please indicate changes from the style of the papers from another jurisdiction and the reason for the change:

| Party | Reason for Change |
|---|---|
| n/a |  |
|  |  |
|  |  |

7. **Claims of the Parties:**
   The filing party submits the following summary of the remaining claims of each party in this litigation:

| Party | Claims |
|---|---|
| Plaintiff Anwar Abdel Rahman | Negligence, Breach of Implied Contract, Arizona Consumer Fraud Act A.R.S. §§ 44-1521, et seq. |
|  |  |
|  |  |

**Pursuant to 28 USC § 1446(a) a copy of all process, pleadings, and orders served in another jurisdiction (State Court) shall be filed with this removal.**