Gena L. Sluga, 018633
gsluga@cdslawfirm.com
Justin Vanderveer, 037657
jvanderveer@cdslawfirm.com
CHRISTIAN DICHTER & SLUGA, P.C.
2800 North Central Avenue, Suite 860
Phoenix, Arizona 85004
Telephone: (602) 792-1700
Facsimile: (602) 792-1710

Wystan M. Ackerman (*Pro Hac Vice* Motion to be Filed)
Wm Maxwell Daley (*Pro Hac Vice* Motion to be Filed)
**ROBINSON & COLE LLP**
One State Street
Hartford, Connecticut 06103
Telephone:   (860) 275-8200
Facsimile:   (860) 275-8299
E-mail:       wackerman@rc.com
              wdaley@rc.com

*Attorneys for Defendants Erickson Companies, LLC and Erickson Framing AZ, LLC*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anwar Abdel Rahman,<br><br>Plaintiff.<br><br>vs.<br><br>Erickson Companies, LLC, Erickson Framing AZ, LLC, and DOES 1 through 1000, inclusive,<br><br>Defendants. | C.A. No. _____<br><br>**CORPORATE DISCLOSURE STATEMENT** |

This Corporate Disclosure Statement is filed on behalf of Erickson Framing Operations, LLC (improperly named in the Complaint as Erickson Companies, LLC) and Erickson Framing AZ, LLC, in compliance with Rule 7.1(A)(2), Federal Rules of Civil Procedure, which states:

> In an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, file a disclosure statement. The statement must name and identify the citizenship

of every individual or entity whose citizenship is attributed to that party or intervenor when the action is filed in or removed to federal court, and when any later event occurs that could affect the court's jurisdiction under § 1332(a).

In compliance with the rule, these defendant entities hereby provide the following disclosures:

Erickson Framing Operations, LLC is a Delaware limited liability company that is wholly owned by Synergos Companies LLC, its sole member.  Synergos Companies LLC is wholly owned by Asahi Kasei Homes North America, Inc.  Asahi Kasei Homes North America, Inc. is owned by Asahi Kasei Corporation, which is publicly traded on the Japanese stock market.

Erickson Framing AZ, LLC is also a Delaware limited liability company; it is wholly owned by Erickson Framing Operations, LLC, its sole member. The ownership of Erickson Framing Operations, LLC is set forth in the immediately preceding paragraph.

Both Erickson Framing Operations, LLC, and Erickson Framing AZ, LLC, are Delaware limited liability companies. As such, the citizenship of these limited liability companies is determined by the citizenship of its members. Asahi Kasei Homes North America, Inc., is a Delaware corporation with its principal place of business in Arizona. Accordingly, Erickson Framing Operations, LLC, and Erickson Framing AZ, LLC are citizens of Delaware and Arizona for diversity jurisdiction purposes.

RESPECTFULLY SUBMITTED this 29th day of May, 2025.

/s/ Gena L. Sluga
Gena L. Sluga, 018633
gsluga@cdslawfirm.com
Justin Vanderveer, 020180
jvanderveer@cdslawfirm.com
**CHRISTIAN DICHTER & SLUGA, P.C.**
2800 North Central Avenue, Suite 860
Phoenix, Arizona 85004

2

| | |
|---|---|
|1| |
|2|Wystan M. Ackerman (*Pro Hac Vice* Motion to be Filed)|
|3|Wm Maxwell Daley (*Pro Hac Vice* Motion to be Filed)|
|4|**ROBINSON & COLE LLP**<br>One State Street|
|5|Hartford, Connecticut 06103<br>Telephone:   (860) 275-8200|
|6|Facsimile:   (860) 275-8299<br>E-mail:      wackerman@rc.com|
|7|             wdaley@rc.com|
|8|*Attorneys for Defendants*|

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and emailed the attached document to:

Sean Anthony Woods, Esq. (AZ S.B. #028930)
LAW BADGERS PLLC
5055 N. 12th Street, Suite 100
Phoenix, Arizona 85014
Email: swoods@lawbadgers.com
*Attorneys for Plaintiff*

Scott Edward Cole, Esq. (CA S.B. #160744)*
COLE & VAN NOTE
555 12 Street, Suite 2100
Oakland, California 94607
Email: sec@colevannote.com
* Pro hac vice forthcoming
*Attorneys for Plaintiff*


By: */s/ April Schofield*

3