Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Representative Plaintiff and
the Plaintiff Class*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Anwar Abdel Rahman, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Erickson Companies, LLC, Erickson Framing AZ, LLC and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: CV-25-01866-PHX-SPL<br><br>**PLAINTIFF'S NOTICE OF CHANGE OF FIRM NAME**<br><br>(Assigned to the Honorable Steven P. Logan) |

Through undersigned counsel and pursuant to Rule 83.3(d) of the Local Rules of Civil Procedure, Plaintiff hereby gives notice that Sean A. Woods and Robert T. Mills, his local counsel of record in this action, no longer represent him under the law firm of Law Badgers, PLLC and now represent him under the law firm of Mills + Woods Law, PLLC. Local counsel's contact information in this action is now as follows:

Sean A. Woods
swoods@millsandwoods.com
Robert T. Mills
rmills@millsandwoods.com
Mills + Woods Law, PLLC
docket@millsandwoods.com
5055 N 12th St., Ste. 101
Phoenix, AZ 85014
(480) 999-4556

**RESPECTFULLY SUBMITTED** this 4th day of June 2025.

**MILLS + WOODS LAW, PLLC**

By  */s/ Sean A. Woods*
Robert T. Mills
Sean A. Woods
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
*Attorneys for Representative Plaintiff and the Plaintiff Class*

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Gena L. Sluga
gsluga@cdslawfirm.com
Justin Vanderveer
jvanderveer@cdslawfirm.com
ycanez@cdslawfirm.com
**CHRISTIAN DICHTER & SLUGA, P.C.**
file@cdslawfirm.com
2800 N Central Ave., Ste. 860
Phoenix, Arizona 85004
(602) 792-1700

*Attorneys for Defendants Erickson Companies, LLC and Erickson Framing AZ, LLC*

   */s/ Ben Dangerfield*

2