Gena L. Sluga, 018633
gsluga@cdslawfirm.com
Justin Vanderveer, 037657
jvanderveer@cdslawfirm.com
CHRISTIAN DICHTER & SLUGA, P.C.
2800 North Central Avenue, Suite 860
Phoenix, Arizona 85004
Telephone: (602) 792-1700
Facsimile: (602) 792-1710

Wystan M. Ackerman (*Pro Hac Vice* Motion to be Filed)
Wm Maxwell Daley (*Pro Hac Vice* Motion to be Filed)
**ROBINSON & COLE LLP**
One State Street
Hartford, Connecticut 06103
Telephone:   (860) 275-8200
Facsimile:   (860) 275-8299
E-mail:        wackerman@rc.com
                   wdaley@rc.com

*Attorneys for Defendants Erickson Companies, LLC and Erickson Framing AZ, LLC*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| Anwar Abdel Rahman, | Case No. 2:25-cv-01866-SPL |
|---|---|
| Plaintiff. | |
| vs. | **STIPULATED MOTION FOR AN EXTENTION OF TIME TO FILE RESPONSIVE PLEADINGS** |
| Erickson Companies, LLC, Erickson Framing AZ, LLC, and DOES 1 through 1000, inclusive, | |
| Defendants. | (Honorable Steven P. Logan) |

Erickson Framing Operations, LLC and Erickson Framing AZ, LLC, respectfully requests that the deadline to file responsive pleadings be extended until June 19, 2025. A stipulated extension existed before the notice of removal was filed, but the Federal Rules require responsive pleadings to be filed within seven (7) days of removal. The parties conferred following removal, with Plaintiff noting they have no objection to keeping the responsive pleading deadline as June 19, 2025, as previously agreed. This request is made

in good faith and for no collusive purpose, as the parties are both engaged in discussions for an early resolution and the factual issues with a cyber-breach class action have required additional time to evaluate.

As such, Defendants hereby request that the Court accept the party's stipulation and allow Defendants until June 19, 2025, to file their responsive pleadings.

RESPECTFULLY SUBMITTED this 5th day of June, 2025.

*/s/ Gena L. Sluga*
Gena L. Sluga, 018633
gsluga@cdslawfirm.com
Justin Vanderveer, 020180
jvanderveer@cdslawfirm.com
**CHRISTIAN DICHTER & SLUGA, P.C.**
2800 North Central Avenue, Suite 860
Phoenix, Arizona 85004

Wystan M. Ackerman (*Pro Hac Vice* Motion to be Filed)
Wm Maxwell Daley (*Pro Hac Vice* Motion to be Filed)
**ROBINSON & COLE LLP**
One State Street
Hartford, Connecticut 06103
Telephone:   (860) 275-8200
Facsimile:   (860) 275-8299
E-mail:          wackerman@rc.com
                      wdaley@rc.com

*Attorneys for Defendants*

# **CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and emailed the attached document to:

Sean Anthony Woods, Esq. (AZ S.B. #028930)
LAW BADGERS PLLC
5055 N. 12th Street, Suite 100
Phoenix, Arizona 85014
Email: swoods@lawbadgers.com
*Attorneys for Plaintiff*

Scott Edward Cole, Esq. (CA S.B. #160744)*
COLE & VAN NOTE
555 12 Street, Suite 2100
Oakland, California 94607
Email: sec@colevannote.com
* Pro hac vice forthcoming
*Attorneys for Plaintiff*

By: */s/ April Schofield*

3