# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anwar Abdel Rahman,<br><br>Plaintiff.<br><br>vs.<br><br>Erickson Companies, LLC, Erickson Framing AZ, LLC, and DOES 1 through 1000, inclusive,<br><br>Defendants. | Case No. 2:25-cv-01866-SPL<br><br>**ORDER**<br><br>(Honorable Steven P. Logan) |

Having received and reviewed the parties' Stipulated Motion for an Extension of Time to File Responsive Pleadings, and good cause appearing;

IT IS ORDERED that the time for Defendants to respond to Plaintiff's Complaint is extended to **June 19, 2025**.

DATED: _____

_____
Steven P. Logan
U.S. District Court Judge