# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anwar Abdel Rahman,<br><br>    Plaintiff,<br><br>v.<br><br>Erickson Companies LLC, et al.,<br><br>    Defendants. | No. CV-25-01866-PHX-SMB<br><br>**ORDER** |

The Court having received and reviewed the parties' Stipulated Motion for an Extension of Time to File Responsive Pleadings (Doc. 7) and good cause appearing,

**IT IS ORDERED** that the time for Defendants to respond to Plaintiff's Complaint is extended to **June 19, 2025**.

Dated this 9th day of June, 2025.

*/s/ signature*
Honorable Susan M. Brnovich
United States District Judge