Gena L. Sluga, 018633
gsluga@cdslawfirm.com
Justin Vanderveer, 037657
jvanderveer@cdslawfirm.com
CHRISTIAN DICHTER & SLUGA, P.C.
2800 North Central Avenue, Suite 860
Phoenix, Arizona 85004
Telephone: (602) 792-1700
Facsimile: (602) 792-1710

Wystan M. Ackerman (*Pro Hac Vice* Motion to be Filed)
Wm Maxwell Daley (*Pro Hac Vice* Motion to be Filed)
**ROBINSON & COLE LLP**
One State Street
Hartford, Connecticut 06103
Telephone:   (860) 275-8200
Facsimile:    (860) 275-8299
E-mail:         wackerman@rc.com
                     wdaley@rc.com

*Attorneys for Defendants Erickson Companies, LLC and Erickson Framing AZ, LLC*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anwar Abdel Rahman, <br><br> Plaintiff. <br><br> vs. <br><br> Erickson Companies, LLC, Erickson Framing AZ, LLC, and DOES 1 through 1000, inclusive, <br><br> Defendants. | Case No. 2:25-cv-01866-SMB <br><br> **NOTICE OF SERVICE OF PRELIMINARY ORDER** <br><br> (Honorable Susan M. Brnovich) |

NOTICE IS HEREBY GIVEN that Counsel for Defendants served the Preliminary Order on Counsel for Plaintiff on the 6th day of June, 2025. Defendants are aware that the burden of serving the Order lies with Plaintiff. Given that Defendants removed the case, and that primary counsel for Plaintiff's *pro hac vice* is forthcoming, Defendants served the Preliminary Order and are filing this notice out of an abundance of caution.

RESPECTFULLY SUBMITTED this 11th day of June, 2025.

/s/ *Justin R. Vanderveer*
Gena L. Sluga, 018633
gsluga@cdslawfirm.com
Justin Vanderveer, 020180
jvanderveer@cdslawfirm.com
**CHRISTIAN DICHTER & SLUGA, P.C.**
2800 North Central Avenue, Suite 860
Phoenix, Arizona 85004

Wystan M. Ackerman (*Pro Hac Vice* Motion to be Filed)
Wm Maxwell Daley (*Pro Hac Vice* Motion to be Filed)
**ROBINSON & COLE LLP**
One State Street
Hartford, Connecticut 06103
Telephone:   (860) 275-8200
Facsimile:   (860) 275-8299
E-mail:   wackerman@rc.com
         wdaley@rc.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on June 11th, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and emailed the attached document to:

Sean Anthony Woods
Robert T. Mills
MILLS + WOODS LAW, PLLC
5055 N. 12th Street, Suite 100
Phoenix, Arizona 85014
swoods@millsandwoods.com
rmills@millsandwoods.com
docket@millsandwoods.com
*Attorneys for Plaintiff*

Scott Edward Cole (CA S.B. #160744)*
COLE & VAN NOTE
555 12 Street, Suite 2100
Oakland, California 94607
Email: sec@colevannote.com
* Pro hac vice forthcoming
*Attorneys for Plaintiff*

By: /s/ *April Schofield*

2