Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 N. 12th Street, Suite 100
Phoenix, Arizona 85014
Telephone: 480.999.4556
Email: docket@millsandwoods.com
Email: swoods@millsandwoods.com

Scott Edward Cole (California Bar #160744)*
**COLE & VAN NOTE**
555 12th Street, Suite 2100
Oakland, California 94607
Telephone: 510.891.9800
Email: sec@colevannote.com
**Admitted Pro Hac Vice*

*Attorneys for Representative Plaintiff and the Plaintiff Class*

COLE & VAN NOTE
ATTORNEYS AT LAW
555 12TH STREET, SUITE 2100
OAKLAND, CA 94607
TEL: (510) 891-9800

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

ANWAR ABDEL RAHMAN,

Plaintiff,

v.

ERICKSON COMPANIES, LLC, ERICKSON FRAMING AZ, LLC, and DOES 1 through 100, inclusive,

Defendants.

**CASE NO. 2:25-CV-01866-SMB**

**CLASS ACTION**

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

Pursuant to Federal Rules of Civil Procedure Rule 6(b) and LRCiv 7.3, Plaintiff Anwar Abdel Rahman moves for an Order extending the time to respond to Defendants' Motion to Dismiss (Doc. 12).

This Motion is made on the following grounds:

1. On April 2, 2025, Plaintiff filed a Complaint in the Superior Court of Arizona, County of Maricopa. Plaintiff amended the Complaint on April 23, 2025.
2. On May 29, 2025, Defendants removed the case to this Court. (Doc. 1).
3. On June 20, 2025, Defendants filed a Motion to Dismiss. (Doc. 12).

4. Currently, Plaintiff's Response to Defendant's Motion is due on July 7, 2025.

5. Plaintiff seeks an additional 30 days, or no later than August 6, 2025, to respond to Defendants' Motion to Dismiss. Defendants would then have 30 days to file their reply to Plaintiff's response.

6. Defendants do not oppose this Motion. This is Plaintiff's first request for an extension. This extension is sought in good faith and not for any dilatory purposes.

WHEREFORE, Plaintiff respectfully requests that the Court extend Plaintiff's deadline to respond to Defendant's Motion to Dismiss by 30 days, up to and including August 6, 2025, with Defendant's reply due 30 days thereafter.

Dated: July 3, 2025

By: /s/ Sean Anthony Woods

Sean Anthony Woods
**MILLS + WOODS LAW, PLLC**
5055 N. 12th Street, Suite 100
Phoenix, Arizona 85014

Scott Edward Cole, Esq.
**COLE & VAN NOTE**
555 12th Street, Suite 2100
Oakland, California 94607

*Attorneys for Representative Plaintiff and the Plaintiff Class*

COLE & VAN NOTE
ATTORNEYS AT LAW
555 12TH STREET, SUITE 2100
OAKLAND, CA 94607
TEL: (510) 891-9800

COLE & VAN NOTE
ATTORNEYS AT LAW
555 12TH STREET, SUITE 2100
OAKLAND, CA 94607
TEL: (510) 891-9800

**CERTIFICATE OF SERVICE**

I hereby certify that on July 3, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Gena L. Sluga
gsluga@cdslawfirm.com
Justin Vanderveer
jvanderveer@cdslawfirm.com
ycanez@cdslawfirm.com
file@cdslawfirm.com
**CHRISTIAN DICHTER & SLUGA, P.C.**
2800 N Central Ave., Ste. 860
Phoenix, Arizona 85004
Telephone: (602) 792-1700

Wystem M. Ackerman
wackerman@rc.com
Wm Maxwell Daley
wdaley@rc.com
**ROBINSON & COLE LLP**
One State Street
Hartford, Connecticut 06103
Telephone: (860) 275-8200
*Attorneys for Defendants*

*/s/ Ben Dangerfield*
Ben Dangerfield