UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ANWAR ABDEL RAHMAN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ERICKSON COMPANIES, LLC,<br>ERICKSON FRAMING AZ, LLC, and<br>DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | **CASE NO. 2:25-CV-01866-SMB**<br><br>**<u>CLASS ACTION</u>**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS** |

　　　This matter is before the Court on Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendant's Motion to Dismiss. Upon consideration of the Motion, it is hereby **ORDERED** that the motion is **GRANTED**. Plaintiff shall have an additional 30 days, up to and including August 6, 2025, to file a response to Defendant's Motions to Dismiss, with Defendant's reply due 30 days thereafter.

　　　**IT IS SO ORDERED.**


Dated: _____, 2025　　　By: _____
　　　　　　　　　　　　　　　　　　　Hon. Susan M. Brnovich
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

-1-