# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anwar Abdel Rahman, | No. CV-25-01866-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Erickson Companies LLC, et al., | |
| Defendants. | |

This matter is before the Court on Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendant's Motion to Dismiss (Doc. 13). Upon consideration of the Motion,

**IT IS HEREBY ORDERED** that the Motion is GRANTED. Plaintiff shall have an additional 30 days, up to and including **August 6, 2025**, to file a response to Defendant's Motions to Dismiss, with Defendant's reply due 30 days thereafter.

**IT IS FURTHER ORDERED vacating** the July 28, 2025 Rule 16 Case Management conference to be reset upon ruling on the pending Motion to Dismiss.

Dated this 7th day of July, 2025.

*Honorable Susan M. Brnovich*
United States District Judge