Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 N. 12th Street, Suite 100
Phoenix, Arizona 85014
Telephone: 480.999.4556
Email:  docket@millsandwoods.com
Email:  swoods@millsandwoods.com

Scott Edward Cole (California Bar #160744)*
**COLE & VAN NOTE**
555 12th Street, Suite 2100
Oakland, California 94607
Telephone: 510.891.9800
Email:  sec@colevannote.com
*Admitted Pro Hac Vice*

*Attorneys for Representative Plaintiff
and the Plaintiff Class*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ANWAR ABDEL RAHMAN, | CASE NO. 2:25-CV-01866-SMB |
| Plaintiff, | **CLASS ACTION** |
| v. | **PLAINTIFF'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS** |
| ERICKSON COMPANIES, LLC, ERICKSON FRAMING AZ, LLC, and DOES 1 through 100, inclusive, | |
| Defendants. | |

Pursuant to Federal Rules of Civil Procedure Rule 6(b) and LRCiv 7.3, Plaintiff Anwar Abdel Rahman moves for an Order extending the time to respond to Defendants' Motion to Dismiss (Doc. 12).

This Motion is made on the following grounds:

1. On April 2, 2025, Plaintiff filed a Complaint in the Superior Court of Arizona, County of Maricopa. Plaintiff amended the Complaint on April 23, 2025.

2. On May 29, 2025, Defendants removed the case to this Court. (Doc. 1).

3. On June 20, 2025, Defendants filed a Motion to Dismiss. (Doc. 12).

4. Plaintiff seeks an extension until no later than September 8, 2025, to respond to Defendants' Motion to Dismiss. Defendants would then have 30 days to file their reply to Plaintiff's response.

5. Defendants do not oppose this Motion. This is Plaintiff's second request for an extension. This extension is sought in good faith and not for any dilatory purposes.

WHEREFORE, Plaintiff respectfully requests that the Court extend Plaintiff's deadline to respond to Defendant's Motion to Dismiss, up to and including September 8, 2025, with Defendant's reply due 30 days thereafter.

Dated: August 8, 2025        By: /s/ Sean Anthony Woods
                                 Sean Anthony Woods
                                 **MILLS + WOODS LAW, PLLC**
                                 5055 N. 12th Street, Suite 100
                                 Phoenix, Arizona 85014

                                 Scott Edward Cole, Esq.
                                 **COLE & VAN NOTE**
                                 555 12th Street, Suite 2100
                                 Oakland, California 94607

                                 *Attorneys for Representative Plaintiff and the Plaintiff Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Gena L. Sluga
gsluga@cdslawfirm.com
Justin Vanderveer
jvanderveer@cdslawfirm.com
ycanez@cdslawfirm.com
file@cdslawfirm.com
**CHRISTIAN DICHTER & SLUGA, P.C.**
2800 N Central Ave., Ste. 860
Phoenix, Arizona 85004
Telephone: (602) 792-1700

Wystan M. Ackerman
wackerman@rc.com
Wm Maxwell Daley
wdaley@rc.com
**ROBINSON & COLE LLP**
One State Street
Hartford, Connecticut 06103
Telephone: (860) 275-8200

*Attorneys for Defendants*

                                                */s/ Ben Dangerfield*
                                                Ben Dangerfield