# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ANWAR ABDEL RAHMAN, individually, and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>ERICKSON COMPANIES, LLC and DOES 1 through 100, inclusive,<br><br>　　　　　　　　Defendants. | CASE NO. 2:25-CV-01866-SMB<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS** |

This matter is before the Court on Plaintiff's Second Unopposed Motion for Extension of time to respond to Defendant's Motion to Dismiss. Upon consideration of the Motion, it is hereby **ORDERED** that the motion is **GRANTED**. Plaintiff shall have an additional 30 days up to and including September 8, 2025, to file a response to Defendant's Motions to Dismiss, with Defendant's reply due 30 days thereafter.

　　**IT IS SO ORDERED.**

Dated: _____, 2025　　　By:_____
　　　　　　　　　　　　　　　　　　　　　Hon. Susan M. Brnovich
　　　　　　　　　　　　　　　　　　　　　UNITED STATES
　　　　　　　　　　　　　　　　　　　　　DISTRICT COURT JUDGE