**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Anwar Abdel Rahman, | No. CV-25-01866-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Erickson Companies LLC, et al., | |
| Defendants. | |

This matter is before the Court on Plaintiff's Second Unopposed Motion for Extension of time to respond to Defendant's Motion to Dismiss (Doc. 15). Upon consideration of the Motion, there was no explanation why the response was not able to be completed during the 60 days already granted. Therefore,

**IT IS HEREBY ORDERED** that the motion is GRANTED in part. Plaintiff shall have an additional 14 days up to and including **August 25, 2025**, to file a response to Defendant's Motions to Dismiss, with Defendant's reply due 30 days thereafter.

Dated this 11th day of August, 2025.

Honorable Susan M. Brnovich
United States District Judge