1  Robert T. Mills (Arizona Bar #018853)
   Sean A. Woods (Arizona Bar #028930)
2  **MILLS + WOODS LAW, PLLC**
   5055 N. 12th Street, Suite 100
3  Phoenix, Arizona 85014
   Telephone: 480.999.4556
4  Email:  docket@millsandwoods.com
   Email:  swoods@millsandwoods.com
5
6  Scott Edward Cole (California Bar #160744)*
   **COLE & VAN NOTE**
7  555 12th Street, Suite 2100
   Oakland, California 94607
8  Telephone: 510.891.9800
   Email:  sec@colevannote.com
9  *Admitted Pro Hac Vice
10 *Attorneys for Representative Plaintiff*
   *and the Plaintiff Class*
11

COLE & VAN NOTE
ATTORNEYS AT LAW
555 12TH STREET, SUITE 2100
OAKLAND, CA 94607
TEL: (510) 891-9800

12              **UNITED STATES DISTRICT COURT**

13              **FOR THE DISTRICT OF ARIZONA**

14 ANWAR ABDEL RAHMAN,                    | **CASE NO. 2:25-CV-01866-SMB**

15              Plaintiff,                | **CLASS ACTION**

16 v.                                     | **PLAINTIFF'S NOTICE OF SETTLEMENT**

17 ERICKSON COMPANIES, LLC,
   ERICKSON FRAMING AZ, LLC, and
18 DOES 1 through 100, inclusive,

19              Defendants.

20

21        Plaintiff Anwar Abdel Rahman hereby notifies the Court that the parties have reached a

22 Settlement. Plaintiff respectfully requests the Court vacate all pending hearing dates. Plaintiff

23 anticipates filing his Motion for Preliminary Approval of Class Action Settlement within 30 days.

24

25 Dated: August 25, 2025          By: /s/ Sean Anthony Woods

26                                 Sean Anthony Woods
                                   **MILLS + WOODS LAW, PLLC**
27                                 5055 N. 12th Street, Suite 100
                                   Phoenix, Arizona 85014

28

Scott Edward Cole, Esq.
**COLE & VAN NOTE**
555 12th Street, Suite 2100
Oakland, California 94607

*Attorneys for Representative Plaintiff*
*and the Plaintiff Class*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 25, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Gena L. Sluga
gsluga@cdslawfirm.com
Justin Vanderveer
jvanderveer@cdslawfirm.com
ycanez@cdslawfirm.com
file@cdslawfirm.com
**CHRISTIAN DICHTER & SLUGA, P.C.**
2800 N Central Ave., Ste. 860
Phoenix, Arizona 85004
Telephone: (602) 792-1700

Wystan M. Ackerman
wackerman@rc.com
Wm Maxwell Daley
wdaley@rc.com
**ROBINSON & COLE LLP**
One State Street
Hartford, Connecticut 06103
Telephone: (860) 275-8200

*Attorneys for Defendants*

*/s/ Ben Dangerfield*
Ben Dangerfield

COLE & VAN NOTE
ATTORNEYS AT LAW
555 12TH STREET, SUITE 2100
OAKLAND, CA 94607
TEL: (510) 891-9800