Robert T. Mills, Esq. (Arizona Bar #018853)
Sean A. Woods, Esq. (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 N. 12th Street, Suite 100
Phoenix, Arizona 85014
Telephone: (480) 999-4556
Email: docket@millsandwoods.com
Email: swoods@millsandwoods.com

Scott Edward Cole, Esq. (CA S.B. #160744)*
**COLE & VAN NOTE**
555 12th Street, Suite 2100
Oakland, California 94607
Telephone: (510) 891-9800
Email: sec@colevannote.com

*Admitted Pro Hac Vice*

Attorneys for Representative Plaintiff
and the Plaintiff Class

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ANWAR ABDEL RAHMAN individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ERICKSON COMPANIES, LLC, ERICKSON FRAMING AZ, LLC, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:25-CV-01866-SMB<br><br>**CLASS ACTION**<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND MEMORANDUM IN SUPPORT** |

PLEASE TAKE NOTICE that Anwar Abdel Rahman ("Plaintiff"), individually, and on behalf of the putative Class, respectfully moves the Court pursuant to Federal Rules of Civil Procedure Rule 23(e) for an Order: (i) granting preliminary approval of the proposed Settlement, (ii) preliminarily certifying a class for purposes of the Settlement, (iii) appointing Plaintiff as Class Representative, (iv) appointing Scott Edward Cole of Cole & Van Note as Class Counsel, (v) approving the Parties' proposed form and method of giving notice of the pendency of this action and the Settlement to the Settlement Class, (vi)

1  directing that notice be given to the Settlement Class, (vii) scheduling a hearing, at which
2  time the Court will consider the request for final approval of the Settlement and request for
3  attorneys' fees, expenses, and service awards to Plaintiffs, and (viii) granting such other
4  relief as the Court deems just and proper.

5        Defendants, Erickson Framing Operations, LLC and Erickson Framing AZ, LLC,
6  do not object to the relief sought by Plaintiff.

7        This Motion is based upon the accompanying Memorandum of Law in Support of
8  Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement, and
9  its exhibits, including the Settlement Agreement and Release, the Declaration of Counsel
10 in Support of Plaintiff's Unopposed Motion for Preliminary Approval of Class Action
11 Settlement and all prior pleadings and proceedings properly before the Court.

13 Dated: October 31, 2025    By:   /s/Scott Edward Cole
                                    Scott Edward Cole, Esq. (CA S.B. #160744)*
                                    **COLE & VAN NOTE**
                                    555 12th Street, Suite 2100
                                    Oakland, California 94607
                                    Telephone: (510) 891-9800
                                    Facsimile: (510) 891-7030
                                    Email: sec@colevannote.com

                                    Robert T. Mills (Arizona Bar #018853)
                                    Sean A. Woods (Arizona Bar #028930)
                                    **MILLS + WOODS LAW, PLLC**
                                    5055 N. 12th Street, Suite 100
                                    Phoenix, Arizona 85014
                                    Telephone: (480) 999-4556
                                    Email: docket@millsandwoods.com
                                    Email: swoods@millsandwoods.com

                                    *Admitted Pro Hac Vice*

                                    Attorneys for Representative Plaintiff
                                    and the Plaintiff Class

-2-
PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY
APPROVAL OF CLASS ACTION SETTLEMENT
CASE NO. 2:24-CV-01866-SMB

# CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Gena L. Sluga
gsluga@cdslawfirm.com
Justin Vanderveer
jvanderveer@cdslawfirm.com
ycanez@cdslawfirm.com
file@cdslawfirm.com
**CHRISTIAN DICHTER & SLUGA, P.C.**
2800 N Central Ave., Ste. 860
Phoenix, Arizona 85004
Telephone: (602) 792-1700

Wystan M. Ackerman
wackerman@rc.com
Wm Maxwell Daley
wdaley@rc.com
**ROBINSON & COLE LLP**
One State Street
Hartford, Connecticut 06103
Telephone: (860) 275-8200

*Attorneys for Defendants*

          /s/Karri Loud
          Karri Loud