**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| ANWAR ABDEL RAHMAN,<br><br>Plaintiff.<br><br>vs.<br><br>ERICKSON COMPANIES, LLC,<br>ERICKSON FRAMING AZ, LLC, and<br>DOES 1 through 1000, inclusive,<br><br>Defendants. | C.A. No. 2:25-cv-01866<br><br>**DECLARATION OF CAROLE THOMPSON REGARDING IMPLEMENTATION OF CAFA NOTICE**<br><br>(Hon. Susan M. Brnovich) |

## DECLARATION OF SETTLEMENT ADMINISTRATOR CPT GROUP, INC. REGARDING CAFA NOTICE

I, Carole Thompson, declare as follows:

1.      Under penalties as provided by law pursuant to 28 U.S.C. § 1746, I certify that the statements set forth in this instrument are true and correct, except as to matters herein stated to be on information and belief, and as to such matters, I certify that I believe the same to be true.

2.      I am the Associate Director of Case Management for CPT Group, Inc. ("CPT"). CPT has extensive experience in providing notice of class actions and administering class action settlements. In the past 32-plus years, we have provided notification and/or settlement administration services in thousands of class action cases.

3.      As Associate Director of Case Management, I am responsible for the oversight and supervision of the team of Case Managers who carry out the duties and tasks related to the administration of consumer settlement matters.

4.      The parties jointly agreed to propose CPT as the Claims Administrator in this case (*Rahman v. Erickson Companies, LLC, et al*, Case No. 2:25-CV-01866-SMB (D. Ariz.)),

1

and they proposed CPT to the Court in the then-pending Motion for Preliminary Approval, ECF No. 19.

5.    On November 10, 2025, the Court granted the Motion for Preliminary Approval, issuing a written Order, ECF No. 20, which appointed CPT as the Claims Administrator, *id.* ¶ 6.

6.    While the Court was considering the Motion for Preliminary Approval and appointment of CPT as claims administrator, the parties were required to promptly issue notice under certain statutes, *see id.* ¶ 10, and, therefore, CPT was specifically charged by the parties with implementing the mandatory notice to federal and state authorities under the Class Action Fairness Act ("CAFA"), including 28 U.S.C. § 1715(b).

7.    The facts in this Declaration related to the CAFA notice provided are based on what I personally know, as well as information provided to me in the ordinary course of my business by my colleagues at CPT.

**CAFA NOTICE IMPLEMENTATION**

8.    On November 5, 2025, counsel for Defendants, Erickson Companies, LLC and Erickson Framing AZ, LLC ("Defendants"), provided information regarding the putative class members in this case to create a master list of Class Members for use in connection with class notice and settlement administration—including providing notice to federal and state officials under CAFA.

9.    At the direction of counsel for Defendants and consistent with the information provided by the Defendants with respect to Class Members, 46 federal and state officials (the Attorney General of the United States and the Attorneys General of several states) were identified to receive CAFA notice.  A list of the federal and state officials provided with notice is provided in **Attachment A**.

2

10.     Prior to sending out notice, CPT confirmed the contact information for the relevant federal and state officials for the purpose of providing CAFA notice and to ensure that notice was more likely to be effective.

**11.**     On November 10, 2025, CPT sent 46 CAFA Notice Packages ("Notice"). As noted above, the Notice was issued via USPS certified mail to 46 officials, including the Attorneys General of 45 states and the Attorney General of the United States. *See* **Attachment A** (identifying entities provided notice).

**12.**     The materials sent to the federal and state officials included a Cover Letter, which provided notice of the proposed Settlement of the above-captioned case. The Cover Letters sent to the federal and state officials, respective, are included as **Attachments B and C.**

13.     The cover letter was accompanied by a CD, which, pursuant to CAFA, included the following:

a.  **Per 28 U.S.C. § 1715(b)(1) – Complaint and Any Amended Complaints:**
- A copy of Plaintiff Anwar Abdel Rahman, on behalf of himself and those similarly situated, April 2, 2025 Complaint filed in the Superior Court for the State of Arizona in and for the County of Maricopa was included.

b.  **Per 28 U.S.C. § 1715(b)(2) – Notice of any Scheduled Judicial Hearing:**
- While no hearing had been set at the time of the Notice, and the Motion for Preliminary Approval, ECF No. 19, was pending a copy of that motion and the accompanying documents were included;

c.  **Per 28 U.S.C. § 1715(b)(3) – Notification to Class Members:**
- A copy of the proposed notices to class members were included in the CD, including:
  - Claim Form (Exhibit 1 to the Class Action Settlement Agreement);
  - Long Form Notice (Exhibit 2 to the Class Action Settlement Agreement); and
  - Postcard Notice (Exhibit 3 to the Class Action Settlement Agreement).

d.  **Per 28 U.S.C. §§ 1715(b)(4) and (5) – Class Action and Individual Settlement Agreement:**

- A copy of the October 31, 2025, Amended Settlement Agreement and Release, along with proposed notices and exhibits, which addressed both class claims and Plaintiff's individual claims was included.

e. **Per 28 U.S.C. § 1715(b)(6) – Final Judgment or Notice of Dismissal:**
- As the Motion for Preliminary Approval was pending when the Notice was issued, regulators were advised that there were no such documents at this time.

f. **Per 28 U.S.C. § 1715(b)(7) – Estimate of Class Members:**
- A Geographic Analysis with the current estimate of the number of Settlement Class Members residing in each state was included on the CD.

g. **Per 28 U.S.C. § 1715(b)(8) – Written Judicial Opinions relating to subparagraphs (3) through (6):**
- As the Motion for Preliminary Approval was pending when the Notice was issued, regulators were advised that there were no such documents at this time but were provided with the proposed order on that motion.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 13, 2025.


Carole Thompson
Associate Director of Case Management
CPT Group, Inc.
50 Corporate Park, Irvine CA 92606

# ATTACHMENT A

## LIST OF STATE AND FEDERAL AUTHORITIES PROVIDED CAFA NOTICE

1. Attorney General of the United States;
2. Alabama;
3. Alaska;
4. Arizona;
5. Arkansas;
6. California;
7. Colorado;
8. Connecticut;
9. District of Columbia;
10. Florida;
11. Georgia;
12. Hawaii;
13. Idaho;
14. Illinois;
15. Indiana;
16. Iowa;
17. Kansas;
18. Louisiana;
19. Maine;
20. Maryland;
21. Massachusetts;
22. Michigan;
23. Minnesota;
24. Mississippi;
25. Missouri;
26. Montana;
27. Nevada;
28. New Hampshire;
29. New Mexico;
30. New York;
31. North Carolina;
32. North Dakota;
33. Ohio;
34. Oklahoma;
35. Oregon;
36. Pennsylvania;
37. Rhode Island;
38. South Carolina;
39. South Dakota;
40. Tennessee;
41. Texas;
42. Utah;
43. Virginia;
44. Washington;
45. Wisconsin; and
46. Wyoming.

1

**ATTACHMENT B**

2

**COVER LETTER SENT TO THE ATTORNEY GENERAL OF THE UNITED**

3

**STATES**

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>ATTACHMENT C</u>**

**COVER LETTER SENT TO STATE OFFICIALS**