1  Robert T. Mills, Esq. (Arizona Bar #018853)
   Sean A. Woods, Esq. (Arizona Bar #028930)
2  **MILLS + WOODS LAW, PLLC**
   5055 N. 12th Street, Suite 100
3  Phoenix, Arizona 85014
   Telephone: (480) 999-4556
4  Email: docket@millsandwoods.com
   Email: swoods@millsandwoods.com
5
   Scott Edward Cole, Esq. (CA S.B. #160744)*
6  **COLE & VAN NOTE**
   555 12th Street, Suite 2100
7  Oakland, California 94607
   Telephone: (510) 891-9800
8  Email: sec@colevannote.com

9  *Admitted Pro Hac Vice*

10 Attorneys for Representative Plaintiff
   and the Plaintiff Class

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| ANWAR ABDEL RAHMAN individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ERICKSON COMPANIES, LLC, ERICKSON FRAMING AZ, LLC, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:25-CV-01866-SMB<br><br>**CLASS ACTION**<br><br>**PLAINTIFF'S NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND MEMORANDUM IN SUPPORT** |

PLEASE TAKE NOTICE that Anwar Abdel Rahman ("Plaintiff"), individually, and on behalf of the putative Class, respectfully moves the Court for an Order: (i) Granting final approval of class action settlement agreement, (ii) Awarding attorneys' fees and costs to Class Counsel, (iii) Awarding a Service Award to the Representative Plaintiff, and (iv) Awarding reimbursement of settlement administration fees and costs.

This Motion is based upon the accompanying Memorandum of Law in Support of Plaintiff's Motion for Final Approval of Class Action Settlement, and its exhibits,

1  including the Settlement Agreement and Release, the Declaration of Counsel in Support of
2  Plaintiff's Motion for Final Approval of Class Action Settlement and all prior pleadings
3  and proceedings properly before the Court. This Motion is unopposed.

Dated: January 23, 2026           By: */s/ Scott Edward Cole*
                                  Scott Edward Cole, Esq. (CA S.B. #160744)*
                                  **COLE & VAN NOTE**
                                  555 12th Street, Suite 2100
                                  Oakland, California 94607
                                  Telephone: (510) 891-9800
                                  Facsimile: (510) 891-7030
                                  Email: sec@colevannote.com

                                  *Admitted Pro Hac Vice*

                                  Robert T. Mills (Arizona Bar #018853)
                                  Sean A. Woods (Arizona Bar #028930)
                                  **MILLS + WOODS LAW, PLLC**
                                  5055 N. 12th Street, Suite 100
                                  Phoenix, Arizona 85014
                                  Telephone: (480) 999-4556
                                  Email: docket@millsandwoods.com
                                  Email: swoods@millsandwoods.com

                                  Attorneys for Representative Plaintiff
                                  and the Plaintiff Class

COLE & VAN NOTE
ATTORNEYS AT LAW
555 12TH STREET, SUITE 2100
OAKLAND, CA 94607
TEL: (510) 891-9800

-2-
PLAINTIFF'S NOTICE OF MOTION FOR FINAL
APPROVAL OF CLASS ACTION SETTLEMENT
CASE NO. 2:24-CV-01866-SMB

# **CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2026, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Gena L. Sluga
gsluga@cdslawfirm.com
Justin Vanderveer
jvanderveer@cdslawfirm.com
ycanez@cdslawfirm.com
file@cdslawfirm.com
**CHRISTIAN DICHTER & SLUGA, P.C.**
2800 N Central Ave., Ste. 860
Phoenix, Arizona 85004
Telephone: (602) 792-1700

Wystan M. Ackerman
wackerman@rc.com
William M. Daley
wdaley@rc.com
**ROBINSON & COLE LLP**
One State Street
Hartford, Connecticut 06103
Telephone: (860) 275-8200

*Attorneys for Defendants*

                                             */s/ J. Taylor Locke*
                                             J. Taylor Locke