1  Robert T. Mills, Esq. (Arizona Bar #018853)
   Sean A. Woods, Esq. (Arizona Bar #028930)
2  **MILLS + WOODS LAW, PLLC**
   5055 N. 12th Street, Suite 100
3  Phoenix, Arizona 85014
   Telephone: (480) 999-4556
4  Email: docket@millsandwoods.com
   Email: swoods@millsandwoods.com
5
   Scott Edward Cole, Esq. (CA S.B. #160744)*
6  **COLE & VAN NOTE**
   555 12th Street, Suite 2100
7  Oakland, California 94607
   Telephone: (510) 891-9800
8  Email: sec@colevannote.com

9  *Admitted Pro Hac Vice*

10 Attorneys for Representative Plaintiff
   and the Plaintiff Class

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| ANWAR ABDEL RAHMAN individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ERICKSON COMPANIES, LLC, ERICKSON FRAMING AZ, LLC, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:25-CV-01866-SMB<br><br>**CLASS ACTION**<br><br>**PLAINTIFF'S NOTICE OF MOTION FOR ATTORNEYS' FEES AND COSTS AND REQUEST FOR SERVICE AWARD** |

PLEASE TAKE NOTICE that Anwar Abdel Rahman ("Plaintiff"), individually, and on behalf of the putative Class, respectfully moves the Court for an Order: (1) granting Attorneys' Fees and Costs and (2) granting the request for a Service Award for Representative Plaintiff.

This Motion is based upon the accompanying Memorandum of Law in Support of Plaintiff's Motion for Attorneys' Fee and Costs and Request for Service Award, the

1  Declaration of Scott Edward Cole, Esq. and exhibits thereto, the Declaration of Anwar
2  Abdel Rahman and such other oral argument and documentary evidence as may be
3  presented to the Court at the hearing on this Motion.

Dated: January 23, 2026            By: */s/ Scott Edward Cole*
                                                  Scott Edward Cole, Esq. (CA S.B. #160744)*
                                                  **COLE & VAN NOTE**
                                                  555 12th Street, Suite 2100
                                                  Oakland, California 94607
                                                  Telephone: (510) 891-9800
                                                  Facsimile: (510) 891-7030
                                                  Email: sec@colevannote.com

                                                  Robert T. Mills (Arizona Bar #018853)
                                                  Sean A. Woods (Arizona Bar #028930)
                                                  **MILLS + WOODS LAW, PLLC**
                                                  5055 N. 12th Street, Suite 100
                                                  Phoenix, Arizona 85014
                                                  Telephone: (480) 999-4556
                                                  Email: docket@millsandwoods.com
                                                  Email: swoods@millsandwoods.com

                                                  **Admitted Pro Hac Vice*

                                                  Attorneys for Representative Plaintiff
                                                  and the Plaintiff Class

# CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2026, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Gena L. Sluga
gsluga@cdslawfirm.com
Justin Vanderveer
jvanderveer@cdslawfirm.com
ycanez@cdslawfirm.com
file@cdslawfirm.com
**CHRISTIAN DICHTER & SLUGA, P.C.**
2800 N Central Ave., Ste. 860
Phoenix, Arizona 85004
Telephone: (602) 792-1700

Wystan M. Ackerman
wackerman@rc.com
William M. Daley
wdaley@rc.com
**ROBINSON & COLE LLP**
One State Street
Hartford, Connecticut 06103
Telephone: (860) 275-8200

*Attorneys for Defendants*

                                                */s/ J. Taylor Locke*
                                                J. Taylor Locke

COLE & VAN NOTE
ATTORNEYS AT LAW
555 12TH STREET, SUITE 2100
OAKLAND, CA 94607
TEL: (510) 891-9800

-3-
PLAINTIFF'S NOTICE OF MOTION FOR ATTORNEYS' FEES
AND COSTS AND REQUEST FOR SERVICE AWARD
CASE NO. 2:24-CV-01866-SMB