1  Robert T. Mills, Esq. (Arizona Bar #018853)
   Sean A. Woods, Esq. (Arizona Bar #028930)
2  **MILLS + WOODS LAW, PLLC**
   5055 N. 12th Street, Suite 100
3  Phoenix, Arizona 85014
   Telephone: (480) 999-4556
4  Email: docket@millsandwoods.com
   Email: swoods@millsandwoods.com
5
   Scott Edward Cole, Esq. (CA S.B. #160744)*
6  **COLE & VAN NOTE**
   555 12th Street, Suite 2100
7  Oakland, California 94607
   Telephone: (510) 891-9800
8  Email: sec@colevannote.com
9  *Admitted Pro Hac Vice*
10 Attorneys for Representative Plaintiff
   and the Plaintiff Class
11
12          **IN THE UNITED STATES DISTRICT COURT**
13             **FOR THE DISTRICT OF ARIZONA**
14 ANWAR ABDEL RAHMAN              Case No. 2:25-CV-01866-SMB
   individually and on behalf of all others
15 similarly situated,            **CLASS ACTION**
16              Plaintiff,        **DECLARATION OF SCOTT EDWARD**
                                  **COLE IN SUPPORT OF PLAINTIFF'S**
17 v.                             **MOTION FOR ATTORNEYS' FEES AND**
                                  **COSTS AND REQUEST FOR SERVICE**
18 ERICKSON COMPANIES, LLC,       **AWARD**
   ERICKSON FRAMING AZ, LLC, and
19 DOES 1 through 100, inclusive,
20              Defendants.
21
22 I, Scott Edward Cole, hereby declare as follows:
23        1.    I am an attorney-at-law, licensed to practice in all jurisdictions of this State,
24 and I am the Founder and Shareholder at the law firm of Cole & Van Note ("CVN"),
25 attorneys for Representative Plaintiff Anwar Abdel Rahman ("Plaintiff") and the
26 Settlement Class.
27        2.    I make these statements based on personal knowledge, would so testify if
28 called as a witness at trial and have personal knowledge of the foregoing. I make this

*(left margin, vertical text)* COLE & VAN NOTE / ATTORNEYS AT LAW / 555 12TH STREET, SUITE 2100 / OAKLAND, CA 94607 / TEL. (510) 891-9800

1   Declaration in Support of Representative Plaintiff's Motion for (1) Attorneys' Fees and

2   Costs and (2) Request for Service Award.

3       3.      On November 18, 2024, Defendants discovered unusual activity on their

4   network. Following a forensic investigation and manual review, on February 19, 2025,

5   Defendants confirmed that Private Information may have been made accessible to

6   unauthorized parties (the "Data Breach"). On or about March 12, 2025, Defendants began

7   sending notice of the Data Breach to Plaintiff and approximately 11,820 other individuals

8   whose Private Information is believed to have been exposed in the Data Breach.

9       4.      On April 2, 2025, Plaintiff Rahman filed a Complaint against Defendants in

10  Superior Court of the State of Arizona in and for the County of Maricopa on a class action

11  basis, asserting claims for Negligence, Breach of Implied Contract and Unfair Business

12  Practices. Defendants removed the case to this Court and then filed a Motion to Dismiss.

13  After the exchange of information tailored to the settlement process, the Parties engaged

14  in extensive arm's-length negotiations which ultimately resulted in a settlement that Class

15  Counsel considers fair, adequate and reasonable. The Settlement Agreement, executed on

16  August 29, 2025, provides substantial benefits to the Settlement Class, eliminates the costs

17  and burdens of continued litigation and fully accomplishes Plaintiff's goals in this Action.

18      5.      Class Counsel's efforts generated an excellent Settlement, which includes a

19  $225,000 non-reversionary Settlement Fund *as well as business practice changes by*

20  *Defendants with an estimated cost of $332,758*.

21      6.      Because the remedial measures bolster Defendants' global security—not just

22  the attack used for the Data Breach—these remedial measures provide an enormous benefit

23  to *all* Class Members (and any individuals for whom Defendants store PII), regardless of

24  whether they submit a claim for other benefits.

25      7.      In exchange for a settlement on behalf of the Settlement Class, the months of

26  hard work spent securing it and the work that will persist throughout the compliance period,

27  Cole & Van Note ("CVN" or "Class Counsel") requests $74,992.50 for attorneys' fees and

28  costs. Particularly given this is a reasonable amount for making a sizable benefit available

COLE & VAN NOTE
ATTORNEYS AT LAW
555 12ᵀᴴ STREET, SUITE 2100
OAKLAND, CA 94607
TEL: (510) 891-9800

1   to Class Members who could elect (or not) to participate, Class Counsel respectfully

2   request the Court grant their Motion.

3       8.      Class Counsel maintained contemporaneous, detailed time records billed in

4   6-minute increments.

5       9.      Class Counsel has spent a total of 153.51 hours on this case for a total lodestar

6   of $79,969.50. The total fee award of $75,000 thus represents a negative lodestar.

7       10.     As detailed above and in the declarations, these hours include: (1) engaging

8   in extensive efforts to develop strategic plans, (2) extensively researching and filing the

9   initial complaint, (3) legal research and drafting an opposition to Defendants' motion to

10  dismiss, (4) drafting the Amended Complaint, (5) meeting and conferring regarding

11  informal discovery, (6) undertaking substantial investigation of the Data Breach and the

12  corporate structure of Defendants, (7) negotiating the details of the Settlement Agreement

13  over multiple months and securing preliminary approval of the Settlement, and (8)

14  overseeing the claims process.

15      11.     Moreover, additional work will be required. Class Counsel must still: (1)

16  prepare for and attend the final approval hearing, (2) respond to the any inquiries from

17  Class Members and (3) oversee the Settlement through final approval of distribution of the

18  common fund, including addressing any claim review issues.

19      12.     CVN undertook this matter solely on a contingent basis, with no guarantee

20  regarding the potential duration of the litigation or the ultimate recovery of fees or costs.

21  While attorneys who represent corporations are routinely paid (often quite handsomely) on

22  an hourly basis, plaintiffs in data breaches can rarely afford to pay their attorneys by the

23  hour, especially if they expect to be represented by a law firm well known for achieving

24  good results. As a firm committed to data breach class actions, including the one at hand,

25  Class Counsel must accept them on a wholly contingent basis, with no guarantee of

26  recovery of fees, or even the reimbursement of litigation costs.

27      13.     The time Class Counsel spent on litigation efforts in this case prevented them

28  from pursuing other work at the same hourly rates reflected in the lodestar submitted

COLE & VAN NOTE
ATTORNEYS AT LAW
555 12TH STREET, SUITE 2100
OAKLAND, CA 94607
TEL: (510) 891-9800

DECL. OF SCOTT EDWARD COLE IN SUPPORT OF PLAINTIFF'S
MTN. FOR ATTORNEYS' FEES, COSTS AND REQUEST FOR SERVICE AWARD
CASE NO. 2:24-CV-01866-SMB

1  herewith. Class Counsel's firm typically receives 50-70 intakes per day, and as a result
2  there is always a significant opportunity cost as Class Counsel invested significant time
3  litigating this matter instead of pursuing/investigating other potential cases.

4      14.    In obtaining this Settlement, Class Counsel drew on its collective experience
5  litigating data breach class actions very much like this one in order to minimize wasted
6  effort. Class Counsel's efforts include, *inter alia*, conducting informal discovery,
7  production and review of documents, and obtaining/analyzing data for settlement, and
8  numerous rounds of rigorous negotiations.

9      15.    Class Counsel litigated Plaintiff's claims despite facing numerous litigation
10 risks. Although Plaintiff and Class Counsel believe in the merits of the claims, they are
11 also cognizant of the time and expense that would have been required to prosecute this
12 action through summary judgment, trial, potential appeals, etc., as well as the difficulties
13 and delays inherent in all litigation.

14     16.    Class Counsel achieved an impressive result here, making available a simple
15 claims process for otherwise unrepresented individuals. The lawsuit raised complex issues
16 of law and fact that required skill to maneuver. Regardless of the number of Settlement
17 Class Members who ultimately made a claim, Class Counsel made an extraordinary amount
18 of recovery available to otherwise underrepresented individuals with no guarantee of
19 repayment, even of their litigation costs. Their work and risk should be rewarded.

20     17.    The requested Attorneys' Fees and Costs of $74,992.50 is comparable with
21 other data breach settlements. The Parties were able to avoid substantial pleading
22 challenges, motion practice and discovery by resolving their disputes, and the ultimate
23 dispute, with minimal court intervention. In an effort to decrease legal fees, and while
24 staying firm in their positions when needed, the Parties cooperated with each other. This
25 focus on settlement (instead of padding Class Counsel's lodestar with
26 unnecessary/excessive litigation) undoubtedly left more funds available to put toward the
27 settlement, as opposed to those available funds being depleted as defense litigation
28

COLE & VAN NOTE
ATTORNEYS AT LAW
555 12TH STREET, SUITE 2100
OAKLAND, CA 94607
TEL: (510) 891-9800

costs/fees. In all, when compared to other data breach settlements, the value provided to the Settlement Class here is significant, and the fees modest and well-deserved.

18.     Plaintiff entered into a consensual contingency fee agreement that expressly endorsed Counsel's request for Attorneys' Fees and Costs.

19.     Although Class Counsel has already spent substantial time litigating this case, this figure does not include time that will be spent preparing for and attending the final approval hearing, overseeing the claims review and distribution process and the work associated with addressing Class Member concerns thereafter, work which is common in such situations. Class Counsel drew on their collective experience litigating hundreds of complex and class actions against defendants much like this one to minimize wasted effort.

20.     Over the course of this litigation, Class Counsel incurred ordinary litigation costs totaling $1,318.32 anticipates incurring additional expenses for making future appearances, etc. Such costs are appropriate for reimbursement.

21.     A Service Award for the named Plaintiff will be sought in the amount of $2,500 for Plaintiff's efforts and for his courage in stepping forward. Plaintiff was available as a proposed class representative, filed a lawsuit and worked with his attorneys as needed throughout the litigation. Plaintiff was available for questions and to supply documents to his attorneys and helped vigorously litigate the case. Plaintiff expended time and resources that other Class Members did not in litigating his case. His efforts should be rewarded. The Service Award is to be paid out separately from any Class Member compensation, making its impact on the Class minimal. Class Counsel is not aware of any antagonism or conflict of interest between Plaintiff and the putative Class. In fact, Plaintiff has been appropriately involved in this case and has stayed in routine contact with my firm. Additionally, he assisted with the prosecution efforts that included frequent emails and telephone calls with counsel.

## EXPERIENCE, QUALIFICATION AND VIEWS ON SETTLEMENT

22.     My firm acted here as putative class counsel, and I was personally and actively involved in all aspects of the proceedings on this case. I am familiar with this

COLE & VAN NOTE
ATTORNEYS AT LAW
555 12TH STREET, SUITE 2100
OAKLAND, CA 94607
TEL: (510) 891-9800

1    litigation and negotiated the proposed settlement. My experience and that of other members

2    of my firm benefited the efficient litigation of this matter and the settlement negotiations

3    in this case significantly.

4        23.    CVN, the law firm I founded in 1992, is a specialized practice devoted almost

5    exclusively to prosecuting class action matters and has so engaged in that area of practice

6    for the near entirety of its existence. In its 33-year history, I have prosecuted hundreds of

7    class and/or complex/representative cases. A selection of some of the more unique cases

8    are identified in the firm's professional resume, which was previously provided to the

9    Court in support of Plaintiff's Moton for Preliminary Approval. Most of these cases

10   involved many of the same legal issues as are presented in the current action.

11       24.    While almost entirely devoted today to prosecuting cybersecurity class

12   actions, CVN's past experiences run deep across various areas of the law—from

13   employment wage and hour and discrimination cases, to consumer, personal injury and

14   environmental class actions/mass tort cases. CVN has successfully achieved class

15   certification in varied factual scenarios, some of the more unique or difficult situations

16   being set forth in the firm's resume. Some better-known and/or "game changing" cases

17   include *Kurihara v. Best Buy Co., Inc.*, 2007 U.S.Dist. LEXIS 64224 (N.D.Cal. Aug. 29,

18   2007) (obtaining certification for a class of over 52,000 current and former store employees

19   bringing bag check claims); *Tierno v. Rite Aid Corp.,* 2006 U.S.Dist. LEXIS 71794

20   (N.D.Cal. Aug. 31, 2006) (oft-cited Order certifying a class of approximately 1,100

21   California retail store managers alleging overtime misclassification); *Torres v. ABC*

22   *Security*, Case No. RG04158744 (Sup.Ct.Cal. Alameda Cnty. 2006) (obtaining

23   certification of a class of over 1,600 security guards working at scores of different work

24   sites); *Fulton v. Sports and Fitness Clubs of America, dba 24 Hour Fitness, USA, Inc.,* Case

25   No. GIC881669 (Super.Ct.Cal. San Diego Cnty.) (consolidated with Case No. GIC873193)

26   (Order certifying class of over 7,000 fitness club group exercise instructors); *Rowe v.*

27   *California Commerce Club*, Case No. BC321283 (Super.Ct.Cal. L.A. Cnty.) (consolidated

28   with Case No. BC288079) (Order certifying tip-pooling claims on behalf of a class of

COLE & VAN NOTE
ATTORNEYS AT LAW
555 12TH STREET, SUITE 2100
OAKLAND, CA 94607
TEL: (510) 891-9800

DECL. OF SCOTT EDWARD COLE IN SUPPORT OF PLAINTIFF'S
MTN. FOR ATTORNEYS' FEES, COSTS AND REQUEST FOR SERVICE AWARD
CASE NO. 2:24-CV-01866-SMB

approximately 2,000 card room dealers); and *Rodriguez v. Pleasanton Fitness*, Case No. MSC17-00376 (Super.Ct.Cal. Contra Costa Cnty.) (Order certifying two classes of fitness club workers). This list is far from exhaustive.

25.    CVN's track record is equally impressive with regard to settlements and adjudications. For example, I was co-counsel in the landmark California Supreme Court decision providing that non-exempt worker time spent under the control of the employer is compensable. *Augustus vs. ABM Security Services*, Case No. S224853 (Super.Ct.Cal.) ($110 million settlement on behalf of roughly 15,000 security guards). Additionally, I co-prosecuted what was, at the time (and perhaps still), the largest class action settlement of a meal break-only case. *Despres v. United Parcel Service, Inc.* No. 3:03-CV-02987 (TEH) and No. 3:03-CV-02001 (TEH) (N.D.Cal.) ($87 million settlement on behalf of roughly 20,000-person class). I prosecuted, obtained a judgment and thereafter negotiated a two-tiered $19 million settlement on behalf of fitness club group exercise instructors for unpaid wage and unreimbursed business expense claims. *Fulton v. Sports and Fitness Clubs of America, dba 24 Hour Fitness, USA, Inc.,* Case No. GIC881669 (Super.Ct.Cal. San Diego Cnty.) (consolidated with Case No. GIC873193). I prosecuted and settled a $15 million non-reversionary settlement on behalf of a class of approximately 68,000 security guards for meal and rest break violations. *Securitas Security Services Cases*, Case No. 1-05-CV-047499 (Santa Clara Cnty.Super.Ct.). Additionally, I negotiated a $7.5 million settlement on behalf of a class of retail assistant Managers for uncompensated time spent undergoing security checks and failure to provide meal and rest breaks. *Kelly v. Walgreens*, Case No. CGC-07-464347 (S.F.Cnty.Super.Ct.). I also brokered a $6.9 million settlement on behalf of a class of over 1,000 allegedly misclassified retail Store Managers. *Tierno v. Rite Aid Corp.*, Case No. 3:05-CV-02520 (TEH) (N.D.Cal.). I served as court-appointed lead counsel after fierce competition for that appointment in a consolidated action of nine lawsuits against Walgreen Co. bringing a variety of wage and hour claims on behalf of approximately 43,000 retail store workers in California. After several years of litigation, I negotiated a $23 million settlement in that case. *In Re Walgreen Co. Wage and Hour*

COLE & VAN NOTE
ATTORNEYS AT LAW
555 12ᵗʰ STREET, SUITE 2100
OAKLAND, CA 94607
TEL: (510) 891-9800

1    *Litigation*, Case No. 2:11-CV-07664 (PSG) (C.D.Cal.). CVN has many additional

2    resolutions within the settlement range exhibited above and scores of others of lesser

3    notoriety.

4        26.    Drawing upon that diverse background, CVN is nowadays devoted almost

5    entirely to the prosecution of data breach class actions, with the vast bulk of its caseload

6    being cases involving almost identical legal and factual issues to those presented in the

7    instant case. In these matters, CVN serves in a variety of roles, oftentimes in various

8    leadership positions. For example, CVN has served as court-appointed lead or co-lead

9    counsel in various data breach matters, including, but not necessarily limited to:

10   *Henderson, et al. v. Reventics, LLC*, Case No. 1:23-cv-00586-MEH (D.Colo.) (court

11   appointed co-lead counsel); *Hinds, et al. v. Community Medical Centers, Inc.*, Case No.

12   STK-CV-UNPI-2021-10404 (Super.Ct.Cal. San Joaquin Cnty.) (court appointed co-lead

13   counsel); *Tsvetanova, et al. v. UCSD Health*, Case No. 37-2021-00039888-CU-PO-CTL

14   (Super.Ct.Cal. San Diego Cnty.) (court appointed co-lead counsel); *In Re: Rackspace Data*

15   *Security Litigation*, No.: SA-22-cv-01296-XR (W.D.Tex.) (court appointed lead counsel);

16   *Fedorys, et al. v. Ethos Group Inc.*, Case No. 3:22-cv-2573-M (N.D.Tex.) (court appointed

17   co-lead counsel); *Moreland, et al. v. 1st Franklin Financial Corporation*, Case No. 2:23-

18   cv-00038-SCJ (N.D.Ga.) (court appointed co-lead counsel); *Domitrovich, et al. v. MC*

19   *Dean, Inc.*, Case No. 1:23-cv-00210-CMH-JFA (E.D.Va) (court appointed co-lead

20   counsel); *Deevers, et al. v. Wing Financial Services, LLC.*, Case No. 4:22-cv-00550-CVE-

21   MTS (N.D.Okla.) (court appointed co-lead counsel); *Darrin v. Huntington Ingalls*

22   *Industries, Inc.*, Case No. 4:23-cv-00053-JKW-DEM (E.D.Va.) (court appointed co-lead

23   counsel); *Guerrero v. Merritt Healthcare Holdings, LLC*, Case No. 3:23-cv-00389-MPS

24   (D.Conn.) (court appointed co-lead counsel); *Prutsman v. Nonstop Administration and*

25   *Insurance Services, Inc.*, Case No. 3:23-Cv-01131-VC (N.D.Cal.) (court appointed co-lead

26   counsel); *In re DISH Network Data Security Incident Litigation,* Case No. 1:23-cv-01168-

27   RMR-SBP (D.Colo.) (court appointed co-lead counsel); and *Byers v. Orthoalaska, LLC,*

28   Case No. 3:23-cv-00243-SLG (D.Alaska) (court appointed co-lead counsel).

COLE & VAN NOTE
ATTORNEYS AT LAW
555 12TH STREET, SUITE 2100
OAKLAND, CA 94607
TEL: (510) 891-9800

DECL. OF SCOTT EDWARD COLE IN SUPPORT OF PLAINTIFF'S
MTN. FOR ATTORNEYS' FEES, COSTS AND REQUEST FOR SERVICE AWARD
CASE NO. 2:24-CV-01866-SMB

27.     CVN also serves in more informal (e.g., stipulated) leadership positions in numerous other data breach cases and in sole counsel roles in dozens more—actions currently venued across at least 30 states. What's more, CVN has a near perfect track record of being appointed lead or co-lead counsel in every data breach class action in which it sought such appointment.

28.     I am a well-respected leader in the field of class action litigation, have achieved record results in both settlements and judgments in such cases, have authored numerous scholarly publications, including my book "Fallout" (chronicling the 1994 toxic substance release by Unocal and the ensuing class action legal battle), and have been called upon to serve as a regular speaker at public seminars on issues surrounding substantive legal issues and class action procedures. I have prosecuted class actions across numerous fields, including employment, consumer, environmental, and data breach cases.

29.     Here, Defendants are a construction company with a well-funded defense and are represented by a respected and prominent nationwide law firm. That Representative Plaintiff achieved such an excellent result against such a formidable opponent is yet another factor supporting Class Counsel's request for fees without the benefit of any multiplier.

30.     The basis for my opinion that this Settlement that is fair, adequate and reasonable is further derived from research relating to the filing of the case and issues of the case, multiple discussions with counsel for Defendant relating to case management, informal exchanges of discoverable information, and the settlement negotiations themselves.

## **EXHIBITS**

31.     Attached hereto as **Exhibit A** is a true and correct copy of CVN's lodestar report.

32.     Attached hereto as **Exhibit B** is a true and correct copy of CVN's Cost Journal.

33.     Attached hereto as **Exhibit C** is a true and correct copy of Cole & Van Note's professional resume.

COLE & VAN NOTE
ATTORNEYS AT LAW
555 12TH STREET, SUITE 2100
OAKLAND, CA 94607
TEL: (510) 891-9800

1    I declare, under penalty of perjury under the laws of the United States of America

2  that the foregoing is true and correct.

3    Executed this 23rd day of January 2026, at Oakland, California.

4

5                          */s/ Scott Edward Cole*
                          Scott Edward Cole

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COLE & VAN NOTE
ATTORNEYS AT LAW
555 12TH STREET, SUITE 2100
OAKLAND, CA 94607
TEL: (510) 891-9800

DECL. OF SCOTT EDWARD COLE IN SUPPORT OF PLAINTIFF'S
MTN. FOR ATTORNEYS' FEES, COSTS AND REQUEST FOR SERVICE AWARD
CASE NO. 2:24-CV-01866-SMB

EXHIBIT A

**Case Name:**                 **Rahman v. Erickson Companies**
**Firm:**                            **Cole & Van Note**
**Billing Period:**          **Case Inception through December 12, 2025**

| Staff | Role | All Hours | Hourly Rate | Total Lodestar |
|-------|------|-----------|-------------|----------------|
| Sam J Foster | Paralegal | 8.70 | $250.00 | $2,175.00 |
| Mark T Freeman | Associate Attorney | 47.11 | $536.00 | $25,230.00 |
| Karmel Landver | Associate Attorney | 6.40 | $503.00 | $3,215.00 |
| Karri Loud | Legal Secretary | 3.10 | $325.00 | $1,007.50 |
| Anya Puchkov | Legal Secretary | 10.90 | $277.00 | $3,017.50 |
| Michael Puchkov | Legal Assistant | 8.70 | $185.00 | $1,609.50 |
| Mica Sinko | Law Clerk | 9.10 | $317.00 | $2,880.00 |
| Cortney B Szafran | Associate Attorney | 36.30 | $500.00 | $18,165.00 |
| Scott E. Cole | Partner/ Shareholder | 17.20 | $1,110.00 | $18,920.00 |
| Laura Van Note | Partner/ Shareholder | 4.00 | $750.00 | $3,000.00 |
| Alicyn B Whitley | Associate Attorney | 2.00 | $375.00 | $750.00 |
|  |  |  |  |  |
|  |  |  |  |  |
| **Total:** |  | 153.51 |  | **$79,969.50** |

EXHIBIT B

**Cole & Van Note**
**Erickson Companies**
**As of January 23, 2026**

| Description | | Value |
|:---|:--|---:|
| Filing and Serving (vendor and court fees) | $ | 856.32 |
| Research Services | $ | 280.00 |
| Copies/Supplies | $ | 182.00 |
| **TOTAL** | $ | 1,318.32 |

EXHIBIT C



# COLE & VAN NOTE

## ATTORNEYS AT LAW

*"A single voice has the power to push Big Business toward big change."*

# FIRM RESUME

## OVERVIEW OF OUR PRACTICE

Cole & Van Note ("CVN") is a boutique class action firm known for aggressive representation and impressive results in the areas of consumer fraud, data breach, environmental and employment litigation. Founded in 1992, CVN has been devoted primarily to such matters, having litigated hundreds of class actions against businesses of all types and in nearly every industry imaginable. The members of CVN have vast experience prosecuting class/complex actions, both in a sole counsel capacity and in leadership positions, oftentimes among many firms, in California and nationwide litigation. They have published numerous scholarly articles dealing with various substantive issues as well as class action litigation/procedure, speak regularly to legal audiences, and have served as consulting experts in class action litigation. CVN's team of skilled advocates has recovered billions of dollars for tens of millions of workers and consumers, been involved in record-setting settlements and judgments and compelled the correction of innumerable unlawful practices.



## SHAREHOLDERS & ASSOCIATE ATTORNEYS



**Scott Edward Cole**, founder and shareholder of Cole & Van Note, has extensive leadership experience prosecuting class action cases in federal and state courts nationwide. Mr. Cole has authored numerous scholarly publications and serves as highly regarded guest lecturer on issues surrounding class action procedures and negotiation theory. Mr. Cole has been responsible for shaping the law in trial and appellate courts for decades, authored the book "Fallout" and is available to serve as a mediator of class action disputes.

Credentials: Admitted, State Bar of California, 1992; University of San Francisco School of Law, J.D., 1992; President, University of San Francisco Labor & Employment Law Society; San Francisco State University, B.A., Speech Communications (Individual Major in Rhetoric), 1989, Minor Study in Business Administration, 1989; Admitted, United States District Court for all California Districts, the United States District Court of Colorado, the Western District Court of Michigan, etc.; Admitted, United States Court of Appeals (6th, 9th and 10th Circuits). Additionally, Mr. Cole is a former National Association of Securities Dealers Registered Representative (Series 7

licensed) and is/has been a member of the Association of Trial Lawyers of America, California Lawyers Association, California Employment Lawyers Association, American Bar Association, Alameda County Bar Association (e.g., Vice Chair of ACBA's Labor & Employment Law Section Executive Committee), National Employment Lawyers Association and a U.S. Delegate to the InterAmerican Meeting of Labor and Trade Union Lawyers, Havana, Cuba (March 2012). Mr. Cole is also the author of "Fallout," a published book based upon his experiences litigating in the wake of the 1994 airborne release of toxic chemicals by the Unocal Corporation, and a resource which has been used by top tier law schools in the curriculum for first year law students.



**Laura Van Note**, shareholder, is an aggressive and skilled advocate and leads the firm's hiring and career outreach efforts. A 2013 graduate of the University of Missouri, Kansas City School of Law, her practice has focused primarily on class action representation of data breach victims and underpaid workers in employment/civil rights litigation. With a near-perfect track record for results, Ms. Van Note appears in courts across the nation, is licensed in Kansas and Missouri and in numerous federal districts.

Credentials: Admitted, State Bar of California, 2016; Admitted, State Bar of Missouri, 2013; Admitted, State Bar of Kansas, 2015; Admitted, United States District Court for all California Districts, the Eastern District of Wisconsin, District of Kansas, Eastern and Western Districts of Missouri, District of New Mexico, District of Nebraska, District of Colorado and the Northern District of Illinois; University of Missouri, Kansas City School of Law, J.D., 2013 (Order of the Barrister, Dean's List, Captain of the National Trial Advocacy Team, President of the American Constitutional Society for Law and Policy, Teaching Assistant to the Directory of Advocacy); University of Missouri, Kansas City, B.A., History, Minor in French, 2010.



**Cortney Szafran**, associate attorney, graduated from Stetson University College of Law in 2021 near the top of her class, then completing her LL.M. in the top 2% of her class from the University of California, Los Angeles School of Law. While in school at UCLA, Ms. Szafran also served as Chief Managing Editor of the Journal of Gender & Law. After graduation, she served as a civil defense attorney representing Fortune 500 companies as national counsel in complex litigation including products liability, premises liability and personal injury matters. Ms. Szafran brings a unique perspective and set of skills to the firm's high-profile consumer and employment class action practice.

Credentials: Admitted, State Bar of Florida, 2021; Admitted, United States District Court for the Middle District and Southern District of Florida; Stetson University College of Law, J.D., 2021; University of South Florida, St. Petersburg, B.S., Business Economics (Minor in International Business), magna cum laude.

 **Mark T. Freeman**, associate attorney, graduated from Pacific McGeorge School of Law in 2013 near the top of his class. During law school, Mr. Freeman engaged in the McGeorge Trial Advocacy Program (which he completed with Honors) and served as Chief Comment Editor for the McGeorge Law Review. A published author ("BarCram: How To Survive the Last Two Weeks Before You Take (And Pass) the California Bar"), Martindale-Hubbell "AV Preeminent" rated attorney and Certified Mediator, Mr. Freeman is also member of the Consumer Attorneys of California, the Congress of Neutrals and the Contra Costa County Bar Association. At CVN, Mr. Freeman utilizes his vast class action litigation experience in the areas of consumer, employment and data breach law.

Credentials: Admitted, State Bar of California, 2013; Admitted, State Bar of Texas, 2025; Admitted, District of Columbia Bar, 2025; Admitted, United States District Courts for the Northern, Central and Eastern Districts of California; Admitted, 9th Circuit Court of Appeals; Pacific McGeorge School of Law, J.D., 2013 (Order of the Coif; McGeorge Law Review); Saint Mary's College of California, B.A. in Economics; Minor in English & Creative Writing (Honors: Br. U. Jerome Griffin Award at Graduation (highest award in School of Econ. and Business)), 2010.

*Interim Counsel not listed.*

## SCHOLARLY PUBLICATIONS

The following represent examples of how CVN has elected to give back and help shape the law though our own articles, opinion pieces and the like – some examples of this including:

*The Quest for Class Certification*, Employment Law Strategist (Sept. & Oct. 2003).

*To Be or Not to Be a Penalty: Defining the Recovery Under California's Meal and Rest Period Provisions*, Golden Gate U. L. Rev. (Spring 2005).

*To Certify or Not to Certify: A Circuit-By-Circuit Primer of the Varying Standards for Class Certification in Actions under the Federal Labors Standards Act*, B.U. Pub. Int. L.J. (Spring 2004).

*Kullar v. Footlocker Retail, Inc.: A New Standard for Class Action Settlement Approval*, CELA Bulletin (April 2009).

*Ninth Circuit Provides Much Needed Guidance on Evidentiary Burdens in Overtime Misclassification Litigation,* CELA Bulletin (May 2009).

*Putting the "Rest" Back in Rest Break,* Alameda County Bar Association - Labor & Employment Section News (Autumn 2009).

*Barristers to Blogs: Softening Ethical Restrictions in the Digital Age,* Los Angeles Daily Journal (June 14, 2010).

## LEAD COUNSEL APPOINTMENTS

CVN has held numerous court-appointed sole- and co-leadership positions in state and federal courts across the nation. Recent lead counsel appointments, *limited to the area of data breach litigation*, include:

1. In Re: Rackspace Data Security Litigation, No. SA-22-cv-01296-XR (W.D. Tex.) (court appointed sole lead counsel)

2. Henderson v. Reventics, LLC, Case No. 1:23-cv-00586-MEH (D. Colo.) (court appointed co-lead counsel)

3. Hinds v. Community Medical Centers, Inc., Case No. STK-CV-UNPI-2021-10404 (Super. Ct. Cal. San Joaquin Cnty.) (court appointed co-lead counsel)

4. Tsvetanova v. UCSD Health, Case No. 37-2021-00039888-CU-PO-CTL (Super. Ct. Cal. San Diego Cnty.) (court appointed co-lead counsel)

5. Fedorys v. Ethos Group Inc., Case No. 3:22-cv-2573-M (N.D. Tex.) (court appointed co-lead counsel)

6. Moreland v. 1st Franklin Financial Corporation, Case No. 2:23-cv-00038-SCJ (N.D. Ga.) (court appointed co-lead counsel)

7. Domitrovich v. MC Dean, Inc., Case No. 1:23-cv-00210-CMH-JFA (E.D. Va.) (court appointed co-lead counsel)

8. Deevers v. Wing Financial Services, LLC, Case No. 4:22-cv-00550-CVE-MTS (N.D. Okla.) (court appointed co-lead counsel)

9. Darrin v. Huntington Ingalls Industries, Inc., Case No. 4:23-cv-00053-JKW-DEM (E.D. Va.) (court appointed co-lead counsel)

10. Guerrero v. Merritt Healthcare Holdings, LLC, Case No. 3:23-cv-00389-MPS (D. Conn.) (court appointed co-lead counsel)

11. Prutsman v. Nonstop Administration and Insurance Services, Inc., Case No. 3:23-Cv-01131-VC (N.D. Cal.) (court appointed co-lead counsel)

12. In re DISH Network Data Security Incident Litigation, Case No. 1:23-cv-01168-RMR-SBP (D. Colo.) (court appointed co-lead counsel)

13. Byers v. OrthoAlaska, LLC, Case No. 3:23-cv-00243-SLG (D. Alaska) (court appointed co-lead counsel)

14. Tambroni v. WellNow Urgent Care, P.C., Case No. 1:24-cv-01595 (N.D. Ill.) (court appointed co-lead counsel)

15. Dryden v. Tri Counties Bank, Case No. 23CV03115 (Super. Ct. Cal. Butte Cnty.) (court appointed co-lead counsel)

16. Brett v. Valley Mountain Regional Center, Case No. STK-CV-UPl-2024-0005025 (Super. Ct. Cal. San Joaquin Cnty.) (court appointed co-lead counsel)

17. Cordell v. Patelco Credit Union, Case No. 24CV082095 (Super. Ct. Cal. Alameda Cnty.) (court appointed co-lead counsel)

18. Skillings v. Access Sports Medicine and Orthopedics, Case No. 218-2024-CV-01086 (Super. Ct. New Hampshire Rockingham Cnty.) (court appointed co-lead counsel)

19. Woodard v. Atlanta Women's Health Group, P.C., Case No 24EV001838H (State Ct. Georgia Fulton Cnty.) (court appointed co-lead counsel)

20. In Re: Cleveland Brothers Data Incident Litigation, Case No. 1:23-cv-00501-JPW (M.D. Penn.) (court appointed co-lead counsel)

21. <u>Hahn v. Phoenician Medical Center, Inc.</u>, Case No. CV2023-010982 (Super. Ct. Az. Maricopa Cnty.) (court appointed executive committee chair)

22. <u>Daley v. Risas Holdings, LLC</u>, Case No. CV-24-00789-PHX-SMM (D. Az.) (court appointed lead counsel)

23. <u>Shweiki v. Donor Network West</u>, Case No. C20-00073 (Super. Ct. Cal. Contra Costa Cnty.) (court appointed lead counsel)

24. <u>Lowrey v. Community Psychiatry Mgt., LLC</u>, Case No. 2:23-cv-00185-TLN-DB (E.D. Cal.) (court appointed co-lead counsel)

25. <u>In Re: Blackhawk Network Data Breach Litig.</u>, Case No. 3:22-cv-07084-CRB (N.D. Cal.) (court appointed co-lead counsel)

26. <u>In re Dropbox Sign Data Breach Litigation</u>, Case No. 4:24-cv-02637-JSW (N.D. Cal.) (court appointed co-lead counsel)

27. <u>Bujok v. MC2 Data, LLC</u>, Case No. 0:24-cv-61864-LEIBOWITZ (S.D. Fla.) (court appointed co-lead counsel)

28. <u>Francisco v. Diligent Acquisitions LLC</u>, Case No. 4:24-cv-04468 (S.D. Tex.) (court appointed co-lead counsel)

29. <u>Oliver v. Jewish Home Lifecare</u>, Index No. 157811/2024 (N.Y. Sup. Ct., N.Y. County, Index No. 157811/2024) (court appointed co-lead counsel)

30. <u>Hunt v. Charlston Area Medical Center, Inc.</u>, Case No. 2:25-cv-00113 (S.D.W.V.) (court appointed co-lead counsel)

31. <u>Creutz v. Carespring Health Care Management LLC</u>, Case No. 1:24-cv-00447 (S.D.Ohio) (court appointed co-lead counsel)

32. <u>Ceballos v. Tri-City Medical Center ASC Operators LLC</u>, Case No. 24CU017568C (Super. Ct. Cal. San Diego Cnty.) (court appointed co-lead counsel)

33. <u>Lunsford v. Maryhaven, Inc.</u>, Case No. 25CV003753 (Ct. of Common Pleas, Franklin Cty. Ohio) (court appointed co-lead counsel)

34. <u>Rice v. California Cancer Associates for Research and Excellence, Inc.</u>, Case No. 5:25-cv-01636 (C.D. Cal.) (court appointed co-lead counsel)

35. <u>In re Teamsters Local Union Nos. 117 and 174 Data Breach Litigation</u>, Case 25-3-21664-1 KNT (Wash. Sup. Ct., King Cty.) (court appointed co-lead counsel)

36. <u>Bobo, et al. v. Krispy Kreme Doughnut Corp.</u>, Case No. 3:25-CV-00434 (W.D. N.C.) (court appointed co-lead counsel)

37. <u>Hammon, et al. v. Omni Healthcare Financial Holdings</u>, Case No. 3:25-CV-00263 (W.D. N.C.) (court appointed co-lead counsel)

38. <u>Smith v. Monterey Mushrooms</u>, Case No. 25-cv-08213-BLF (N.D. Cal 2025) (court appointed co-lead counsel)

39. <u>Poudrier v. Manpower of Lansing, MI, Inc.</u>, Case No. 1:25-cv-00956-PLM-PJG (W.D. MI 2025) (court appointed co-lead counsel)

40. <u>Miller v. Mercer Health, et al.</u>, Case No. 25-CIV-037 (Common Ct. of Pleas, Mercer Cnty. Ohio) (court appointed co-lead counsel)

41. <u>Parks v. Rural Health Services, Inc.</u>, Case No. 2025CP0201622 (So. Carolina, Aiken Cnty, Common Pleas) (court appointed co-lead counsel)

42. <u>Orrantia v. S.V.D.P. Management, Inc.</u>, Case No. 25CU048774C (Super. Ct. Cal., San Diego Cnty.) (court appointed co-lead counsel)

43. <u>Walker v. Wayne Memorial Hosp. Auxiliary, Inc.</u>, Case No. SUCV2025000245 (Ga., Wayne Cnty) (court appointed co-lead counsel)

44. <u>In re Methodist Home Care Data Incident Litigation</u>, Case No. CV2025-904388.00 (Cir. Ct. Jefferson Cty., Ala.) (court appointed co-lead counsel)

45. <u>Smith v. People Encouraging People, Inc.</u>, Case No. C03CV25004865 (Cir. Ct. Baltimore Cty., Md.) (court appointed co-lead counsel)

Note that CVN has held sole lead and/or co-leadership roles in hundreds of additional complex litigation matters. Please contact our firm for additional leadership information.

## EXEMPLAR COMPLEX & CLASS ACTION CASES

CVN's attorneys have represented tens of millions of individuals in legal disputes across hundreds of class action/complex litigation cases around the nation. For well over three decades, CVN's legal team has amassed extensive experience litigating data breach, wage and hour, environmental, and other personal injury and commercial cases. Today, the firm almost exclusively prosecutes multi-state data breach and other consumer-oriented class actions.

Drawing from various areas of law, and by no means an exhaustive list, examples of the range of CVN's practice include unique matters such as:

Augustus/Davis v. ABM Security Services, Inc. (American Commercial Security Service, Inc.)
Superior Court of California, County of Los Angeles, Case No. BC336416; 2 Cal.5th 257 (2016)
Our firm filed this action for violations of California law for denial of meal and rest periods toward security guards. The action achieved class certification status in 2009. Following summary judgment proceedings, a judgment of over $89 million was entered against the defendant(s). The judgment hinged on the issue of whether "on-duty" rest breaks were legally sufficient. After the Court of Appeal ruled against Plaintiffs on the issue, the case went to the California Supreme Court where Plaintiffs prevailed and, in so doing, created a new legal standard clarifying that "on-duty" rest breaks are invalid. After 12 years of litigation, successful summary judgment and substantial appellate work, this matter resolved for $110 million.

Bower v. Steel River Systems LLC
Illinois Fourteenth Judicial Circuit Court (Whiteside County), Case No. 2023-LA-000006
This action arose out of Steel River Systems' 2022 data breach which affected numerous consumers and/or employees. This action settled for an undisclosed amount.

Brett v. Valley Mountain Regional Center
Superior Court of California, County of San Joaquin, Case No. STK-CV-UPl-2024-0005025
This action arose out of Valley Mountain's 2023 data breach which affected 17,000 patients of Defendant's facilities. Cole & Van Note was appointed co-lead class counsel.

Bulow v. Wells Fargo Investments, LLC
United States District Court (N.D. Cal.), Case No. 3:06-CV-7924
This matter was filed as a nation-wide class action against Wells Fargo Investments, on behalf of its Financial Consultants to recover overtime pay, compensation for denied meal and rest periods (California only) and reimbursement for business-related service and supply expenses (California only). This matter settled for $6.9 million.

Byers v. OrthoAlaska, LLC
United States District Court (D. Alaska), Case No. 3:23-cv-00243-SLG
This action arose out of OrthoAlaska's massive data breach which affected countless patients, consumers and/or employees. Cole & Van Note was court-appointed as co-lead class counsel.

Cano v. United Parcel Service, Inc.
Superior Court of California, County of Alameda, Case No. RG03089266
This wage and hour complex litigation matter involved the alleged misclassification of overtime non-exempt Operations Management Specialists, Operational Excellence Specialists and Industrial Engineering Specialist at this company's California facilities. This action settled for $4.5 million.

Chaidez v. Odwalla, Inc.
Superior Court of California, County of San Mateo, Case No. CIV430598
This wage and hour complex litigation matter involved the alleged misclassification of overtime non-exempt California Route Sales Representatives. CVN served as primary counsel for this proposed class of employees. This action settled for $2.2 million.

CKE Overtime Cases
Superior Court of California, County of Los Angeles, Case No. BC283274 (JCCP No. 4274)
This class action was brought against fast food chain Carl's Jr. for violations of California's overtime laws on behalf of the company's California restaurant chain Managers. The coordinated litigation provided a settlement fund of $9.0 million.

Cordell v. Patelco Credit Union
Superior Court of California, County of Alameda, Case No. 24CV082095
This action arose out of the well-publicized 2024 data breach and denial of service impacting well over 1,000,000 Patelco customers. As a result of the event, Patelco customers were blocked access to their funds and other services for weeks, resulting in myriad types of damages, including rejection of loan applications, damage to their credit and the inability to pay everyday life expenses. Cole & Van Note was appointed co-lead class counsel. The matter settled for $7.25 million (settlement pending).

Darrin v. Huntington Ingalls Industries, Inc.
United States District Court (E.D. Va.), Case No. 4:23-cv-00053-JKW-DEM
This action arose out of Huntington Ingalls' massive data breach. Cole & Van Note was appointed by the court to a co-lead counsel position.

Davis v. Universal Protection Security Systems, Inc.
Superior Court of California, County of San Francisco, Case No. CGC-09-495528
Our firm filed a claim in 2009 against Universal Protection Security Systems, Inc. for violations of California law for denial of meal and rest periods toward security guards. This case settled under Cole & Van Note's sole leadership for $4 million.

Deevers v. Wing Financial Services, LLC
United States District Court (N.D. Okla.), Case No. 4:22-cv-00550-CVE-MTS
This action arose out of Wing Financial's 2022 data breach which affected numerous loan consumers. Cole & Van Note was appointed co-lead class counsel.

Despres (Cornn) v. United Parcel Service, Inc.
United States District Court (N.D. Cal.), Case No. 3:03-CV-02001
This wage and hour class action litigation was brought to remedy violations of meal and rest period regulations on behalf of the company's California ground delivery drivers. CVN served as co-counsel for the certified class of drivers. This action settled for $87 million, an unprecedented settlement amount at the time for such claims.

Domitrovich v. MC Dean, Inc.
United States District Court (E.D. Va.), Case No. 1:23-cv-00210-CMH-JFA
This action arose out of MC Dean's 2021 data breach which affected 45,000 employees. Cole & Van Note was appointed co-lead class counsel.

Dryden v. Tri Counties Bank
Superior Court of California, County of Butte, Case No. 23CV03115
This action arose out of Tri Counties' 2023 data breach which affected nearly 75,000 consumers. Cole & Van Note was appointed co-lead class counsel.

Escow-Fulton v. Sports and Fitness Clubs of America dba 24 Hour Fitness USA, Inc.
Superior Court of California, County of San Diego County, Case Nos. GIC881669/GIC873193)
Our firm filed this class action on behalf of the company's California "Group X" Instructors to recover regular and overtime pay, related penalties and un-reimbursed expenses. The action achieved class certification status in 2009. In 2011, the parties agreed to a partial settlement (of the expense reimbursement claims) for $10 million. The parties then filed cross-motions for summary adjudication and, on August 2, 2011, the court issued an Order finding 24 Hour Fitness' session rate compensation scheme to be an invalid piece rate. The parties then agreed to settle the unpaid wage claims for another $9 million, for a total judgment of $19 million. This was an industry changing case that helped define "piece rate" standard under California law.

Fedorys v. Ethos Group, Inc.
United States District Court (N.D. Tex.), Case No. 3:22-cv-02573-M
This action arose out of Ethos Group's 2022 data breach which affected at least 267,000 consumers. Cole & Van Note was appointed co-lead class counsel.

Guerrero v. Merritt Healthcare Holdings, LLC
United States District Court (D. Conn.), Case No. 3:23-cv-00389-MPS
This action arose out of Merritt Healthcare's 2022 data breach which affected over 77,000 patients. Cole & Van Note was appointed co-lead class counsel.

Hakeem v. Universal Protection Service, LP
Superior Court of California, County of Sacramento, Case Nos. 34-2020-00286228-CU-OE-GDS; 34-201900270901-CU-OE-GDS
After an exhaustive multi-year process including venue transfer, consolidation, migration of litigants from one case to the other, multiple appeals and, generally, extremely hard-fought litigation, these two security guard class actions achieved a consolidated judgment under Cole & Van Note's sole leadership for $10 million.

Head v. Regal Medical Group, Inc.
Superior Court of California, County of Los Angeles, Case No. 23STCV02939
This action arose out of this health care group 2023 data breach which affected roughly 3.3 million patients. Cole & Van Note served as the lead firm. The matter settled for $50 million (settlement pending).

Henderson v. Reventics, LLC
United States District Court (D. Colo.), Case No. 1:23-cv-00586-MEH
This action arose out of Reventics' massive 2022 data breach which affected over four million patients, consumers and employees. Cole & Van Note was appointed co-lead class counsel. The matter settled for $8.15 million.

Hinds v. Community Medical Centers
Superior Court of California, County of San Joaquin, Case No. STK-CV-UNPI-2021-0010404
This action arose out of Community Medical Centers' massive 2021 data breach which affected countless patients, consumers and/or employees. After reviewing competing requests for leadership over these consolidated actions, Cole & Van Note was appointed by the court to a co-lead counsel position. This action resulted in a multi-million-dollar judgment.

In re Apple Inc. Device Performance Litigation
United States District Court (N.D. Cal.), Case No. 5:18-md-02827-EJD
Following Apple's December 2017 admission that it throttled back performance of its iPhones (versions 6, 6 Plus, 6s, 6s Plus, SE, 7 and 7 Plus) to mask the problem of defective batteries and unexpected iPhone shut-downs, Cole & Van Note filed a class action to recover damages for consumers nationwide. Cole & Van Note served on the Plaintiffs' Steering Committee. This action settled for $500 million.

In re DISH Network Data Security Incident Litigation
United States District Court (D. Colo.), Case No. 1:23-cv-01168-RMR-SBP
This action arose out of DISH Network's massive data breach which affected over 300,000 workers. Cole & Van Note was appointed by the court to a co-lead counsel position.

In re Dropbox Sign Data Breach Litigation
United States District Court (N.D. Cal.), Case No. 4:24-cv-02637-JSW
This action arose out of Dropbox's massive data breach. Cole & Van Note was appointed by the court to a co-lead counsel position.

In re Rackspace Security Litigation
United States District Court (W.D. Tex.), Case No. SA-22-cv-01296
This action arises out of Rackspace Technology's 2022 massive ransomware event which shut down functionality for tens of thousands of individuals and businesses across the Unites States and overseas. Cole & Van Note served as court-appointed sole lead counsel for the nationwide class and representative plaintiffs from over 30 states.

In re Tosco SFR Litigation
Superior Court of California, County of Contra Costa, Case No. C97-01637
During incidents in April 1997 and January 1998, the Tosco Refinery in Rodeo, California released tons of airborne toxic chemicals. These harmful substances traveled into neighboring communities, seriously affecting the health of citizens and local workers. CVN served as Lead Counsel in this complex litigation and represented thousands of members of the community in that role. The multi-million-dollar fund created through this litigation under Cole & Van Note's sole leadership was disbursed among thousands of claimants and significantly change practices at this refinery ever since.

In re Unocal Refinery Litigation
Superior Court of California, County of Contra Costa, Case No. C94-04141
In response to Unocal's 16-day airborne release of chemicals over the County of Contra Costa in 1994, CVN filed a class action against the corporation on behalf of thousands of victims and thereafter served as one of a handful of firms (among dozens of law firms of record) on the Plaintiffs' Steering Committee. After hard-fought litigation, the matter eventually settled for $80 million. This litigation, Mr. Cole's efforts to commence it and his grassroots work and exposure of the toxic event to the media provide the backdrop for Mr. Cole's book, "Fallout," published in 2018 (2605 Media LLC). In the end, the impact of this litigation was sweeping, substantially changing practices at this refinery and industry regulations, helping to establish a toxic release community monitoring system that spawned similar systems across the nation, establishing parks, improved roadways and an unprecedented community-industry Good Neighbor agreement.

In re Walgreen Co. Wage and Hour Litigation
United States District Court (C.D. Cal.), Case No. 2:11-CV-07664
Our firm served as court-appointed Lead Counsel after an adversarial hearing process in this consolidated action of nine lawsuits bringing a variety of wage and hour claims on behalf of California workers. The case settled under Cole & Van Note's sole leadership for $23 million.

In re Westley Tire Fire Litigation
Superior Court of California, County of Santa Clara, Case No. CV 801282
On September 22, 1999, lightning struck and ignited a pile of approximately 7 million illegally stored waste tires in Westley, California, a town about 70 miles east of San Francisco. Over the subsequent five weeks, the fire spewed smoke and carcinogens over a large portion of the State of California. CVN served as the (sole) Lead and (shared) Liaison Counsel over a Plaintiffs' Steering/Management Committee in the consolidated actions against the owners and operators of this tire pile and related entities. These cases sought compensation for those individuals and businesses suffering personal and/or property damages as a result of these toxic substances and the fire's fall-out. In 2001, CVN reached a settlement with one defendant (CMS Generation Co.) for $9 million. In 2003, the Court granted final approval of the settlement. In 2005, two of the remaining defendants settled for roughly $1.4 million (over $10 million aggregate).

Kullar v. Foot Locker, Inc.
Superior Court of California, County of San Francisco, Case No. CGC-05-447044; 168 Cal.App.4th 116 (2008)
This class action was brought on behalf of California employees allegedly forced to purchase shoes of a distinctive color or design as a term and condition of their employment and in violation of state law. After the Court approved a multi-million settlement, two separate appeals challenged the settlement, but the Court of Appeal affirmed the trial court's judgment. This oft-cited case established in California what's now known as the "*Kullar standard*" for court approval of class action settlements.

Kurihara v. Best Buy Co., Inc.
United States District Court (N.D. Cal.), Case No. C 06-01884 MHP (EMC)
This class action was brought on behalf of Best Buy's California employees against this chain retailer for violations of California law (for denial of meal and rest periods). This case was granted class certification and Cole & Van Note then settled it for $5 million following an oft-cited ruling which clarified the distinction between class composition and entitlement to a recovery.

Lett v. TTEC
United States District Court (N.D. Cal.), Case No. 3:22-cv-00018
This action arose out of TTEC Service Corporation's massive data breach in 2021 which affected countless patients, consumers and employees. CVN helped negotiate a $2.5 million settlement for the class of victims.

Mambuki v. Securitas Security Services USA, Inc.
Superior Court of California, County of Santa Clara, Case No. 1-05-CV-047499 (JCCP No. 4460)
Our firm filed a claim against this defendant for violations of California law (for denial of meal and rest periods) on behalf of the company's California-based security guards. This coordinated proceeding settled in 2008 for $15 million.

Mendoza v. CaptureRx
United States District Court (W.D. Texas), Case No. 5:21-CV-00523-OLG
This class action against NEC Networks, LLC, d/b/a CaptureRx ("CaptureRx"), as well as Rite Aid and Community Health Centers of the Central Coast arising out of the massive data breach in 2021 which affected a minimum of 1.6 million people. The hacked information included sensitive personally identifiable information and personal health information. These consolidated cases settled in 2022 for a total value of over $4.75 million.

Moreland, et al. v. 1st Franklin Financial Corporation
United States District Court (N.D. Ga.), Case No. 2:23-cv-00038-SCJ
This action arose out of 1st Franklin Financial's 2022 data breach affecting this company's loan consumers. Cole & Van Note was appointed co-lead class counsel.

O'Brien v. Edward D. Jones & Co., LP
United States District Court (N.D. Ohio), Case No. 1:08-CV-00529
We filed a nation-wide (and New York State) class action against this financial securities company on behalf of the company's financial services representatives to recover overtime pay and related penalties. CVN served on a Lead Counsel Committee in this action, which settled in 2007 for $19 million.

Onyeige v. Union Telecard Alliance, LLC
United States District Court (N.D. Cal.), Case No. 3:05-CV-03971; MDL No. 1550
Our firm filed an action against Union Telecard Alliance, LLC alleging negligent misrepresentation and deceptive advertising practices related to its marketing of pre-paid telephone calling cards. This action settled for $22 million.

Prutsman v. Nonstop Administration and Insurance Services, Inc.
United States District Court (N.D. Cal.), Case No. 3:23-cv-01131-VC
This action arose out of Nonstop's massive 2022 data breach which affecting consumers, employees and health care affiliates. Cole & Van Note was appointed co-lead class counsel.

Ramirez v. The Coca Cola Company
Superior Court of California, County of San Bernardino, Case No. RCV 056388 (JCCP No. 4280)
This was one of two companion actions CVN prosecuted against this soft drink giant for violations of California's overtime laws. This action was brought on behalf of over 4,000 hourly workers at the company's bottling, distribution and sales centers who were allegedly forced to work "off-the-clock" for Coca Cola and/or whose time records were ordered modified by the company. This well-publicized action resolved under Cole & Van Note's leadership for $12 million.

Riordan v. Western Digital Corp.
United States District Court (N.D. Cal.), Case No. 5:21-CV-06074
This action arose out of the well-publicized widespread criminal data deletion of consumer hard drives in 2021. According to the lawsuit, the company knew of vulnerabilities in, at least,

six of its products for years which, ultimately, led to the erasure of data for countless purchasers of these products. CVN served as sole counsel for the victims.

Roman/Toussaint v. HanesBrands, Inc.
United States District Court (M.D. N.C.), Case No. 1:22-cv-00879-LCB-LPA
This case involved a data breach of HanesBrands' network system in which worker information was accessed and/or reviewed by cybercriminals.

Tambroni v. WellNow Urgent Care, P.C.
United States District Court (N.D. Ill.), Case No. 1:24-cv-01595
This action arose out of WellNow's 2023 data breach affecting over 400,000 patients. Cole & Van Note was appointed co-lead class counsel.

Thomas v. Cal. State Auto. Assoc.
Superior Court of California, County of Alameda, Case No. CH217752
Our firm filed this class action litigation on behalf of all California claims adjusters working for CSAA after mid-January 1997. This lawsuit alleged that, during those years, CSAA mis- classified these workers as exempt "administrators" and refused to pay them for overtime hours worked. This lawsuit settled for $8 million for nearly 1,200 workers.

Tierno v. Rite Aid Corporation
United States District Court (N.D. Cal.), Case No. 3:05-CV-02520
Our firm filed this action against Rite Aid Corporation on behalf of its salaried California Store Managers. It was alleged that defendant, purportedly the nation's third largest drug store chain, failed to pay overtime to those workers and denied them their meal and rest periods. In 2006, the federal court certified the class in this action, and approved a hard-fought settlement, achieved under Cole & Van Note's sole leadership, of $6.9 million.

Tsvetanova v. Regents of the University of California, dba U.C. San Diego Health
Superior Court of California, County of San Diego, Case No. 37-2021-00039888-CU-PO-CTL
This action arose out of U.C. San Diego Health's massive data breach between December 2020 and April 2021 which affected countless patients, consumers and employees. After reviewing numerous requests for leadership over these consolidated actions, Cole & Van Note was appointed by the court to a co-lead class counsel position.

Witriol v. LexisNexis
United States District Court (S.D. Cal.), Case No. 3:06-CV-02360
Our firm filed an action against this company for its unlawful disclosure of private credit, financial and/or other personal information. This litigation, resolved by Cole & Van Note, provided a settlement fund of $2.8 million.

CVN has also served/serves in other types of leadership positions (e.g., Executive Committees, Plaintiffs' Steering Committees, Liaison Counsel) in numerous other data breach cases and in sole

counsel roles in dozens more—actions currently pending in state and federal courts across the majority of U.S. states.

## APPELLATE EXPERIENCE

CVN has substantial appellate experience, merely highlighted by some examples below. For other appellate and/or unreported opinions and/or a list of matters currently on appeal, please contact our firm.

Augustus v. ABM Security Services, Inc. (2016) 2 Cal.5th 257 (Case No. S224853)

Baddie v. Berkeley Farms, Inc. (9th Cir. 1995) 64 F.3d 487 (Case No. 93-17187)

Bland v. Urology of Greater Atlanta (2025) 64 F.3d 487 (Cal. Ct. of Appeals Case No. 93-17187)

Bland v. Urology of Greater Atlanta, LLC (Ga. Ct. App., Case No. A25A1133)

Bradford v. Asian Health Services (9th Cir. 2025) Case No. 24-3702

Dunbar v. Albertson's, Inc. (2006) 141 Cal.App.4th 1422 (First Dist., Division 1, Case No. A111153)

Gonzalez v. El Centro del Barrio (5th Cir. 2025) Case No. 25-50092

In re Certified Tire and Service Centers Wage and Hour Cases (2018) 28 Cal.App.5th 1 (Cal. Ct. of Appeals, Fourth Dist., Division 1, Case No. A086407)

Kullar v. Foot Locker Retail, Inc. (2008) 168 Cal.App.4th 116 (Case No. A119697)

Montano v. The Wet Seal Retail, Inc. (2015) 232 Cal.App.4th 1214 (Cal. Ct. App. 2015)

O'Hara v. Factory 2-U Stores, Inc., 2003 WL 22451991 (Cal. Ct. of Appeals, First District, Division 4, Case No. A101452)

Taylor v. Park Place Asset Management (1999) (Cal. Ct. of Appeals, First Dist., Division 5, Case No. A086407)

Whiteway v. Fedex Kinko's Office and Print Services (9th Cir. 2009) 319 Fed.Appx. 688 (Case No. 07-16696)



555 12th Street, Suite 2100
Oakland, CA 94607
Tel: 510-891-9800

*www.colevannote.com*