Robert T. Mills, Esq. (Arizona Bar #018853)
Sean A. Woods, Esq. (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 N. 12th Street, Suite 100
Phoenix, Arizona 85014
Telephone: (480) 999-4556
Email: docket@millsandwoods.com
Email: swoods@millsandwoods.com

Scott Edward Cole, Esq. (CA S.B. #160744)*
**COLE & VAN NOTE**
555 12th Street, Suite 2100
Oakland, California 94607
Telephone: (510) 891-9800
Email: sec@colevannote.com

*Admitted Pro Hac Vice*

Attorneys for Representative Plaintiff
and the Plaintiff Class

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| ANWAR ABDEL RAHMAN individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ERICKSON COMPANIES, LLC, ERICKSON FRAMING AZ, LLC, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:25-CV-01866-SMB<br><br>**CLASS ACTION**<br><br>**DECLARATION OF PLAINTIFF ANWAR ABDEL RAHMAN IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS AND REQUEST FOR SERVICE AWARD** |

I, Anwar Abdel Rahman, declare as follows:

1. I am over the age of 18 and the named Plaintiff in this above-captioned matter and proposed class action against Erickson Framing Operations, LLC and Erickson Framing AZ, LLC ("Defendant").

2. I make these statements based on personal knowledge and would so testify if called as a witness at trial. I make this Declaration in Support of Plaintiff's Motion for Final Approval of Class Action Settlement and Plaintiff's Motion Approving Attorneys' Fees, Costs and Service Award.

3. I provided my personally identifiable information ("PII") to Defendant in connection with the employment I received therefrom.

4. On March 12, 2025, I received Notice from Defendant informing me an unauthorized party gained access to files containing my PII (the "Data Security Incident"). As such, I understand that my PII was likely stolen.

5. Since the Data Security Incident, I spent time researching the incident and reviewing and monitoring my credit reports and financial account statements for any indications of actual or attempted identity theft or fraud. I am aware of fraudulent attempts to open accounts with my PII after the Data Security Incident. I estimate that I have spent at least 10-15 hours investigating the Data Security Incident and working with my attorneys on this matter.

6. While I am aware and have been notified of other data breach incidents involving my information, I usually don't take much action in response to them. This matter was different, however, and the potential misuse of my data was particularly concerning. This is why I was compelled to protect myself by pursuing this case.

7. After receiving Notice from Defendant, I initiated contact with my attorneys regarding the Data Security Incident in which my PII was potentially exposed to unauthorized individuals and subsequently commenced this lawsuit against Defendant. I also entered into a written representation agreement with my attorneys. The main purpose of the lawsuit is to stop and/or correct what I believe to be an unlawful business practice by Defendant in its systematic failure to protect personal information it collected about me and other similarly situated individuals ("Class Members").

8. Before commencing this lawsuit, my attorneys informed me of the responsibilities of a class representative. I understand these responsibilities include assuming fiduciary responsibility to prosecute the lawsuit on behalf of absent Class Members, making the decision to initiate the lawsuit, assisting with discovery (including sitting for a deposition) and, if the class is certified, assisting with the trial, including appearing and testifying in Court and working with Class Counsel on behalf of the absent

Declaration of Plaintiff Rahman in Support of Plaintiff's Motion for
Final Approval of Class Action Settlement

COLE & VAN NOTE
ATTORNEYS AT LAW
555 12TH STREET, SUITE 2100
OAKLAND, CA 94607
TEL: (510) 891-9800

1  Class Members. Further, I am willing and prepared to put the interests of absent Class
2  Members before my own and seek an outcome that is in the best interest of absent Class
3  Members.

4      9.    Through my attorneys, I reviewed the complaint and other filings and had
5  the opportunity to provide input and feedback.

6      10.    I discussed this matter at length on several occasions with my attorneys to
7  assist in the investigation and discovery process before and after this case was filed. I made
8  myself available during the settlement process.

9      11.    I spent time reviewing documents, investigating and otherwise assisting my
10  attorneys with this case.

11      12.    To my knowledge, I have no interest that is not in line with the Class
12  Members, who I understand are people who also had their PII improperly exposed.

13      13.    To my knowledge, I have no conflict of interest with my attorneys or the
14  other Class Members.

15      14.    I consulted with my attorneys regarding the risks and expenses of continued
16  litigation through trial and possible appeal, as well as about the benefits conferred by the
17  proposed Settlement Agreement. My attorneys have kept me fully informed of the status
18  of the litigation, particularly regarding the settlement process and discussions and the
19  proposed Settlement.

20      15.    I reaffirm my commitment to prosecute this case and assist my attorneys for
21  the benefit of absent Class Members.

22      16.    I believe the terms of the proposed Settlement are fair and reasonable. I also
23  agree I should be provided with a $2,500 Service Award for being a Class Representative.
24  This seems like fair compensation for the work I put into the case and the reputational risk
25  I suffered for being a named plaintiff in this lawsuit.

26      17.    There are no side agreements, and I am not receiving any special benefits
27  through this Settlement as a result of my position as a Class Representative.

28

COLE & VAN NOTE
ATTORNEYS AT LAW
555 12TH STREET, SUITE 2100
OAKLAND, CA 94607
TEL: (510) 891-9800

18. I also completely endorse Class Counsel's request for attorneys' fees and costs. They took this case on a contingency basis and worked for everyone in the Class. They deserve to be paid for their good work.

19. I support the Settlement and respectfully request the Court Grant Plaintiff's Motion for Final Approval of Class Action Settlement and Plaintiff's Motion Approving Attorneys' Fees and Costs and Service Award.

I declare under penalty of perjury under the laws of Arizona and the United States of America that the foregoing is true and correct.

Executed on __1/9/2026__, 2026 in Phoenix, Arizona.

*[signature]*
ID KiW896ZKzrt2cNiCfoD6QyjD

Anwar Abdel Rahman

COLE & VAN NOTE
ATTORNEYS AT LAW
555 12TH STREET, SUITE 2100
OAKLAND, CA 94607
TEL: (510) 891-9800