1  Robert T. Mills, Esq. (Arizona Bar #018853)
   Sean A. Woods, Esq. (Arizona Bar #028930)
2  **MILLS + WOODS LAW, PLLC**
   5055 N. 12th Street, Suite 100
3  Phoenix, Arizona 85014
   Telephone: (480) 999-4556
4  Email: docket@millsandwoods.com
   Email: swoods@millsandwoods.com
5
   Scott Edward Cole, Esq. (CA S.B. #160744)*
6  **COLE & VAN NOTE**
   555 12th Street, Suite 2100
7  Oakland, California 94607
   Telephone: (510) 891-9800
8  Email: sec@colevannote.com

9  *Admitted Pro Hac Vice*

10 Attorneys for Representative Plaintiff
   and the Plaintiff Class

11
12                    **IN THE UNITED STATES DISTRICT COURT**
13                         **FOR THE DISTRICT OF ARIZONA**
14

| | |
|---|---|
| ANWAR ABDEL RAHMAN individually and on behalf of all others similarly situated, | **Case No. 2:25-CV-01866-SMB** |
| Plaintiff, | **CLASS ACTION** |
| v. | **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS AND REQUEST FOR SERVICE AWARD** |
| ERICKSON COMPANIES, LLC, ERICKSON FRAMING AZ, LLC, and DOES 1 through 100, inclusive, | |
| Defendants. | |

This matter came before the United States District Court for the District of Arizona, at 10:00 a.m. on March 12, 2026, with Cole & Van Note appearing as counsel for Representative Plaintiff Anwar Abdel Rahman, individually, and on behalf of the Settlement Class. On November 12, 2025, the Court granted Plaintiff's Motion for Preliminary Approval of Class Action Settlement. Pursuant to the Court's Order, Plaintiff

1  Anwar Abdel Rahman ("Representative Plaintiff"), on behalf of himself and all others
2  similarly situated, by and through his attorneys, now requests that the Court award Class
3  Counsel's request for $74,992.50 in attorneys' fees and $1,318.32 in costs. Representative
4  Plaintiff also requests a Service Award in the amount of $2,500.

5      Based on the briefing and any evidence at the hearing, the Court determines that
6  the request for Attorneys' Fees and Costs is reasonable. Accordingly, the Court **GRANTS**
7  the Motion and awards Class Counsel $74,992.50 in attorneys' fees and $1,318.32 in
8  costs.

9      Furthermore, based on the evidence, the proposed Service Award of $2,500 for
10 Representative Plaintiff Anwar Abdel Rahman is reasonable and the Court **GRANTS** the
11 request.

13 **IT IS SO ORDERED.**

14 Dated: _____      _____
15                              Honorable Susan M. Brnovich
                                United States District Judge

COLE & VAN NOTE
ATTORNEYS AT LAW
555 12TH STREET, SUITE 2100
OAKLAND, CA 94607
TEL: (510) 891-9800