1  Scott Edward Cole, Esq. (*Pro Hac Vice*)
   **COLE & VAN NOTE**
2  555 12th Street, Suite 2100
   Oakland, California 94607
3  Telephone: (510) 891-9800
   Facsimile:  (510) 891-7030
4  Email: sec@colevannote.com

5  Sean Anthony Woods, Esq. (AZ S.B. #028930)
   **MILLS + WOODS LAW, PLLC**
6  5055 N. 12th Street, Suite 100
   Phoenix, Arizona 85014
7  Telephone: (480)999-1195
   Facsimile: (480) 999-4750
8  Email: swoods@millsandwoods.com

9  *Attorneys for Representative Plaintiff and the Plaintiff Class*

10 Gena L. Sluga, 018633
   **CHRISTIAN DICHTER & SLUGA, P.C.**
11 2800 North Central Avenue, Suite 860
   Phoenix, Arizona 85004
12 Telephone: (602) 792-1700
   Facsimile: (602) 792-1710
13 Email: gsluga@cdslawfirm.com

14 Wystan M. Ackerman (*Pro Hac Vice*)
   Wm Maxwell Daley (*Pro Hac Vice*)
15 **ROBINSON & COLE LLP**
   One State Street
16 Hartford, Connecticut 06103
   Telephone: (860) 275-8200
17 Facsimile: (860) 275-8299
   Email: wackerman@rc.com; wdaley@rc.com

18 *Attorneys for Defendants Erickson Companies, LLC and Erickson Framing AZ, LLC*
19

20                **UNITED STATES DISTRICT COURT**
                   **FOR THE DISTRICT OF ARIZONA**
21

22 | ANWAR ABDEL RAHMAN, | Case No. 2:25-cv-01866-SMB |
   |---|---|
23 | Plaintiff. | **JOINT MOTION FOR REMOTE APPEARANCE** |
24 | vs. | |
   | | (Hon. Susan M. Brnovich) |
25 | ERICKSON COMPANIES, LLC, ERICKSON FRAMING AZ, LLC, and DOES 1 through 1000, inclusive, | |
26 | | |
27 | Defendants. | |
28

Representative Plaintiff Anwar Abdel Rahman and Defendants Erickson Framing Operations LLC improperly named as Erickson Companies, LLC and Erickson Framing AZ, LLC respectfully request that the Court permit out of state counsel to appear via Zoom for the **March 12, 2026 at 10:00 am.** Final Approval Hearing regarding the class action settlement that was preliminarily approved on November 12, 2025 (ECF Doc. 20). This matter is of modest size, with a total class size of approximately 11,820 individuals and a settlement fund of $225,000.

There have been no objections to the settlement to date, and the parties anticipate that the hearing will be short and routine in nature. Defense Counsel Gena Sluga will attend the hearing in-person, however co-counsel, Wystan Ackerman is located in Connecticut and has expertise in class actions and settlements thereof. Plaintiff's Counsel, Scott Edward Cole, is located in California and has expertise in class actions and settlements thereof. Allowing Attorneys Cole and Ackerman to appear remotely would serve the interests of "secur[ing] the just, speedy, and inexpensive determination" of this matter. Fed. R. Civ. P. 1.

RESPECTFULLY SUBMITTED this 24th day of February 2026.

/s/ *Gena L. Sluga*
Gena L. Sluga, 018633
gsluga@cdslawfirm.com
CHRISTIAN DICHTER & SLUGA, P.C.
2800 North Central Avenue, Suite 860
Phoenix, Arizona 85004
Telephone: (602) 792-1700
Facsimile: (602) 792-1710

Wystan M. Ackerman (*Pro Hac Vice*)
Wm Maxwell Daley (*Pro Hac Vice*)
**ROBINSON & COLE LLP**
One State Street
Hartford, Connecticut 06103
Telephone:   (860) 275-8200
Facsimile:   (860) 275-8299
E-mail:      wackerman@rc.com
             wdaley@rc.com

*Attorneys for Defendants*

/s/ *Scott Edward Cole*
Scott E. Cole*
**COLE & VAN NOTE**
555 12th Street, Ste.2100
Oakland, CA 94607
Telephone: (510) 891-9800
Facsimile: (510) 891-7030
Email: sec@colevannote.com
**Admitted pro hac vice*

Sean Anthony Woods, Esq.
**MILLS + WOODS LAW, PLLC**
5055 N. 12th Street, Suite 100
Phoenix, Arizona 85014
Telephone: (480) 999-1195
Facsimile: (480) 999-4750
Email: swoods@millsandwoods.com

*Attorneys for the Plaintiff Anwar Abdel Rahman and the Plaintiff Class*

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and emailed the attached document to:

Sean Anthony Woods
Robert T. Mills
MILLS + WOODS LAW, PLLC
5055 N. 12th Street, Suite 100
Phoenix, Arizona 85014
swoods@millsandwoods.com
rmills@millsandwoods.com
docket@millsandwoods.com
*Attorneys for Plaintiff*

Scott Edward Cole (CA S.B. #160744)*
COLE & VAN NOTE
555 12 Street, Suite 2100
Oakland, California 94607
Email: sec@colevannote.com
* Pro hac vice forthcoming
*Attorneys for Plaintiff*

By: /s/ *April Schofield*

2