1  Scott Edward Cole, Esq. (*Pro Hac Vice*)
   **COLE & VAN NOTE**
2  555 12th Street, Suite 2100
   Oakland, California 94607
3  Telephone: (510) 891-9800
   Facsimile: (510) 891-7030
4  Email: sec@colevannote.com

5  Sean Anthony Woods, Esq. (AZ S.B. #028930)
   **MILLS + WOODS LAW, PLLC**
6  5055 N. 12th Street, Suite 100
   Phoenix, Arizona 85014
7  Telephone: (480)999-1195
   Facsimile: (480) 999-4750
8  Email: swoods@millsandwoods.com

9  *Attorneys for Representative Plaintiff and the Plaintiff Class*

10 Gena L. Sluga, 018633
   **CHRISTIAN DICHTER & SLUGA, P.C.**
11 2800 North Central Avenue, Suite 860
   Phoenix, Arizona 85004
12 Telephone: (602) 792-1700
   Facsimile: (602) 792-1710
13 Email: gsluga@cdslawfirm.com

14 Wystan M. Ackerman (*Pro Hac Vice*)
   Wm Maxwell Daley (*Pro Hac Vice*)
15 **ROBINSON & COLE LLP**
   One State Street
16 Hartford, Connecticut 06103
   Telephone: (860) 275-8200
17 Facsimile: (860) 275-8299
   E-mail: wackerman@rc.com; wdaley@rc.com

18 *Attorneys for Defendants Erickson Companies, LLC and Erickson Framing AZ, LLC*

19

20                    **UNITED STATES DISTRICT COURT**

21                      **FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| ANWAR ABDEL RAHMAN, | Case No. 2:25-cv-01866-SMB |
| Plaintiff. | |
| vs. | **[PROPOSED] ORDER GRANTING JOINT MOTION FOR REMOTE APPEARANCE** |
| ERICKSON COMPANIES, LLC, ERICKSON FRAMING AZ, LLC, and DOES 1 through 1000, inclusive, | (Hon. Susan M. Brnovich) |
| Defendants. | |

1   The Court having received and reviewed Joint Motion for Remote Appearance,
2   and good cause appearing:
3   The Motion is granted. IT IS ORDERED that attorneys Scott Edward Cole and
4   Wystan M. Ackerman may appear via Zoom for the **March 12, 2026 at 10:00 am** Final
5   Approval Hearing.
6   DATED: _____

_____
Susan M. Brnovich
U.S. District Court Judge