Gena L. Sluga, 018633
gsluga@cdslawfirm.com
CHRISTIAN DICHTER & SLUGA, P.C.
2800 North Central Avenue, Suite 860
Phoenix, Arizona 85004
Telephone: (602) 792-1700
Facsimile: (602) 792-1710

Wystan M. Ackerman (*Pro Hac Vice* Motion to be Filed)
Wm Maxwell Daley (*Pro Hac Vice* Motion to be Filed)
**ROBINSON & COLE LLP**
One State Street
Hartford, Connecticut 06103
Telephone:   (860) 275-8200
Facsimile:   (860) 275-8299
E-mail:       wackerman@rc.com
              wdaley@rc.com

*Attorneys for Defendants Erickson Companies, LLC and Erickson Framing AZ, LLC*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ANWAR ABDEL RAHMAN, | Case No. 2:25-cv-01866-SMB |
| Plaintiff. | **WITHDRAWAL OF COUNSEL** |
| vs. | (Hon. Susan M. Brnovich) |
| ERICKSON COMPANIES, LLC, ERICKSON FRAMING AZ, LLC, and DOES 1 through 1000, inclusive, | |
| Defendants. | |

Erickson Framing AZ, LLC ("Erickson") gives notice of a change in one of the attorneys handling this matter. Justin R. Vanderveer withdraws from the above-captioned matter. Gena L. Sluga and Wystan Ackerman remain counsel for Defendant Erickson. All parties and the Court are requested to note this change on their respective mailing lists and mailing certificates.

RESPECTFULLY SUBMITTED this 24th day of February 2026.

/s/ *Gena L. Sluga*
Gena L. Sluga, 018633
gsluga@cdslawfirm.com
CHRISTIAN DICHTER & SLUGA, P.C.
2800 North Central Avenue, Suite 860
Phoenix, Arizona 85004
Telephone: (602) 792-1700
Facsimile: (602) 792-1710

Wystan M. Ackerman (*Pro Hac Vice*)
Wm Maxwell Daley (*Pro Hac Vice*)
**ROBINSON & COLE LLP**
One State Street
Hartford, Connecticut 06103
Telephone:   (860) 275-8200
Facsimile:   (860) 275-8299
E-mail:   wackerman@rc.com
   wdaley@rc.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on February 24th, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and emailed the attached document to:

Sean Anthony Woods
Robert T. Mills
MILLS + WOODS LAW, PLLC
5055 N. 12th Street, Suite 100
Phoenix, Arizona 85014
swoods@millsandwoods.com
rmills@millsandwoods.com
docket@millsandwoods.com
*Attorneys for Plaintiff*

Scott Edward Cole (CA S.B. #160744)*
COLE & VAN NOTE
555 12 Street, Suite 2100
Oakland, California 94607
Email: sec@colevannote.com
* Pro hac vice forthcoming
*Attorneys for Plaintiff*

By: */s/ April Schofield*