# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anwar Abdel Rahman, | No. CV-25-01866-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Erickson Companies LLC, et al., | |
| Defendants. | |

The Court having received and reviewed Joint Motion for Remote Appearance (Doc. 25) and good cause appearing,

**IT IS ORDERED** the Motion is granted. Attorneys Scott Edward Cole and Wystan M. Ackerman may appear via Zoom for the March 12, 2026 at 10:00 am Final Approval Hearing.

Dated this 25th day of February, 2026.

Honorable Susan M. Brnovich
United States District Judge