# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anwar Abdel Rahman,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Erickson Companies LLC, et al.,<br><br>　　　　Defendants. | No. CV-25-01866-PHX-SMB<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS AND REQUEST FOR SERVICE AWARD** |

This matter came before the United States District Court for the District of Arizona, at 10:00 a.m. on March 12, 2026, with Cole & Van Note appearing as counsel for Representative Plaintiff Anwar Abdel Rahman, individually, and on behalf of the Settlement Class. On November 12, 2025, the Court granted Plaintiff's Motion for Preliminary Approval of Class Action Settlement. Pursuant to the Court's Order, Plaintiff Anwar Abdel Rahman ("Representative Plaintiff"), on behalf of himself and all others similarly situated, by and through his attorneys, now requests that the Court award Class Counsel's request for $74,992.50 in attorneys' fees and $1,318.32 in costs. Representative Plaintiff also requests a Service Award in the amount of $2,500.

Based on the briefing and any evidence at the hearing, the Court determines that the request for Attorneys' Fees and Costs is reasonable. Accordingly, the Court GRANTS the Motion and awards Class Counsel $74,992.50 in attorneys' fees and $1,318.32 in costs.

Furthermore, based on the evidence, the proposed Service Award of $2,500 for

Representative Plaintiff Anwar Abdel Rahman is reasonable and the Court GRANTS the request.

**IT IS SO ORDERED.**

Dated this 12th day of March, 2026.

_____
Honorable Susan M. Brnovich
United States District Judge